UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

       Plaintiff,                      Case No. 1:19–cr–117

v.                               Hon. Robert J. Jonker

LARRY CHARLES INMAN,

       Defendant.
_____/

## NOTICE OF HEARING

TAKE NOTICE that a hearing has been **rescheduled** as set forth below:

| | |
|---|---|
| Type of hearing(s): | Arraignment<br>First Appearance<br>Initial Pretrial Conference |
| Date/Time: | May 28, 2019   02:00 PM<br>*(previously set for May 29, 2019)* |
| Magistrate Judge: | Phillip J. Green |
| Place/Location: | 601 Federal Building, Grand Rapids, MI |

                                                PHILLIP J. GREEN
                                                U.S. Magistrate Judge

Dated:  May 21, 2019        By:    /s/ Angie L. Doezema
                                                 Courtroom Deputy