UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs

LARRY CHARLES INMAN,

    Defendant.

Case No. 1:19-cr-117
Hon. Robert J. Jonker
Hon. Phillip J. Green

_____/

| | |
|---|---|
| Christopher M. O'Connor (P71846)<br>Assistant United States Attorney<br>330 Ionia Ave NW<br>Grand Rapids, MI 49503-2504<br>(616) 456-2404<br>Christopher.oconnor@usdoj.gov | Christopher K. Cooke (P35034)<br>NEUMANN LAW GROUP<br>Attorney for the Defendant<br>300 East Front Street, Suite 445<br>Traverse City, MI 49684<br>(231) 221-0050<br>chris@neumannlawgroup.com |
| Ronald M. Stella (P45316)<br>Assistant United States Attorney<br>330 Ionia Ave NW<br>Grand Rapids, MI 49503-2504<br>(616) 456-2404<br>Ron.stella@usdoj.gov | |

_____/

**CERTIFICATE OF NON-CONCURRENCE**

Pursuant to Local Rule 12.4, the below signed certifies that he made contact with United States Attorney Christopher O'Connor and did not receive concurrence in: DEFENDANT LARRY CHARLES INMAN'S MOTION TO DISMISS PURSUANT TO USCS FED RULES CRIM PROC R 12(b)(2), (b)(3)(A)(v),(b)(3)(B)(iii) AND (v) AND/OR FOR A BILL OF PARTICULARS PURSUANT TO RULE 7(f)

As to: DEFENDANT LARRY CHARLES INMAN'S MOTION TO IDENTIFY EVIDENCE THE GOVERNMENT INTENDS TO INTRODUCE TO THE JURY PURSUANT TO USCS FED RULES CRIM PROC R 12(4)(B), counsel for the government did agree to specifically identify evidence,

including evidence extracted from Defendant's cellular phone, that the government intends on introducing to the jury in this matter.

June 18, 2019                                   Respectfully,

                                                Christopher K. Cooke  (P35034)