UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs

LARRY CHARLES INMAN,

    Defendant.
_____/

Case No. 1:19-cr-117
Hon. Robert J. Jonker
Hon. Phillip J. Green

| | |
|---|---|
| Christopher M. O'Connor (P71846)<br>Assistant United States Attorney<br>330 Ionia Ave NW<br>Grand Rapids, MI 49503-2504<br>(616) 456-2404<br>Christopher.oconnor@usdoj.gov | Christopher K. Cooke (P35034)<br>NEUMANN LAW GROUP<br>Attorney for the Defendant<br>300 East Front Street, Suite 445<br>Traverse City, MI 49684<br>(231) 221-0050<br>chris@neumannlawgroup.com |
| Ronald M. Stella (P45316)<br>Assistant United States Attorney<br>330 Ionia Ave NW<br>Grand Rapids, MI 49503-2504<br>(616) 456-2404<br>Ron.stella@usdoj.gov | |

_____/

## NOTICE OF INTENT TO PRESENT EVIDENCE OF DEFENDANT'S DIMINISHED COGNITIVE ABILITY AS A RESULT OF THE USE OF PRESCRIPTION PAIN MEDICATION

Now comes the Defendant, Larry Charles Inman, by and through his attorneys of record, NEUMANN LAW GROUP, and, pursuant to the Court's Standing Order Regarding Discovery in Criminal Cases, hereby, gives notice of Defendant's intention to present expert testimony and related evidence of diminished cognitive ability bearing on the issue of whether or not defendant

had the requisite mental state required for the charged offenses.

June 18, 2019

                                        Respectfully,

                                        Christopher K. Cooke  (P35034)
                                        Neumann Law Group, PLLC