UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

CASE NO. 1:19-CR-117

v.

HON. ROBERT J. JONKER

LARRY CHARLES INMAN,

    Defendant.
_____/

## ORDER

Before the Court is the government's motion for ends of justice continuance of the final pretrial presently scheduled for July 19, 2019, and trial scheduled for August 6, 2019. The basis of the government's motion is that additional time is necessary to obtain and review all relevant medical documentation from Defendant's treatment providers following Defendant's Notice of Intent to Present Evidence of Defendant's Diminished Cognitive Ability as a Result of the Use of Prescription Pain Medications. The government will then decide whether to move the Court for an order requiring the Defendant to submit to an examination pursuant to Fed.R.Crim.P. 12.2(c)(1)(B).

In addition, on June 18, 2019, the Defendant filed a Motion to Dismiss and/or for a Bill of Particulars and a Motion to Identify Evidence the Government Intends to Introduce. The government's response to the motion was just filed on July 11, 2019. The defense motion tolls the Speedy Trial clock independently of any ends of justice continuance. Further, on June 24, 2019, the Court ordered the parties to file supplemental briefs concerning matters separate from but related to the pending motion to dismiss.

The Defendant does not concur in the government's motion for continuance. However, the Court believes a continuance is necessary and warranted to address the Defendant's motion and notice. The Court finds that the ends of justice served by the granting of a continuance outweighs the best interest of the public and the Defendant in a speedy trial.

A hearing on Defendant's motion to dismiss is scheduled for **August 9, 2019 at 10:00 a.m.** the Court will reset the final pretrial conference and trial schedule after deciding the motion to dismiss.

Dated:  July 12, 2019  

/s/ Robert J. Jonker  
ROBERT J. JONKER  
CHIEF UNITED STATES DISTRICT JUDGE