UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

LARRY CHARLES INMAN,

    Defendant.
_____/

No. 1:19-CR-117

Hon. Robert J. Jonker
Chief U.S. District Judge

## GOVERNMENT'S MOTION IN LIMINE TO ADMIT SUMMARY CHARTS OF TEXT MESSAGE EVIDENCE

The United States of America, by United States Attorney Andrew Byerly Birge and Assistant United States Attorneys Christopher M. O'Connor and Ronald M. Stella, moves in limine for a pre-trial order authorizing the admission at trial of summary charts of pertinent text messages exchanged between Defendant Larry Inman and several government witnesses pursuant to Federal Rule of Evidence 1006. A brief in support with relevant facts and legal authority has been filed contemporaneously with this motion.

Respectfully submitted,

ANDREW BYERLY BIRGE
United States Attorney

Dated: August 1, 2019

 /s/ Ronald M. Stella
CHRISTOPHER M. O'CONNOR
RONALD M. STELLA
Assistant United States Attorneys
United States Attorney's Office
P.O. Box 208
Grand Rapids, MI 49501-0208
(616) 456-2404
ron.stella@usdoj.gov
christopher.oconnor@usdoj.gov