UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

vs

LARRY CHARLES INMAN,

        Defendant.

Case No. 1:19-cr-117
Hon. Robert J. Jonker
Hon. Phillip J. Green

_____/

Christopher M. O'Connor (P71846)
Assistant United States Attorney
330 Ionia Ave NW
Grand Rapids, MI 49503-2504
(616) 456-2404
_Christopher.oconnor@usdoj.gov_

Christopher K. Cooke (P35034)
NEUMANN LAW GROUP
Attorney for the Defendant
300 East Front Street, Suite 445
Traverse City, MI 49684
(231) 221-0050
_chris@neumannlawgroup.com_

Ronald M. Stella (P45316)
Assistant United States Attorney
330 Ionia Ave NW
Grand Rapids, MI 49503-2504
(616) 456-2404
_Ron.stella@usdoj.gov_

_____/

**DEFENDANT LARRY CHARLES INMAN'S SECOND SUPPLEMENTAL BRIEFING PURSUANT TO THE COURT'S ORDER OF AUGUST 9, 2019 (ECF 43)**

NOW COMES THE DEFENDANT LARRY CHARLES INMAN, by and through his attorneys of record, NEUMANN LAW GROUP and pursuant to the Court's Order (ECF 43) submits the following supplemental briefing.

**A.  COUNT II OF THE INDICTMENT, A CHARGED VIOLATION OF 18 U.S.C. sec 666(a)(1)(B), MUST BE DISMISSED FOR LACK OF JURISDICTION.**

Defendant Inman has raised the issue of lack of jurisdiction by the Federal government to prosecute a member of the Michigan House of Representatives under 18 U.S.C. sec 666(a)(1)(B), Count II of the Indictment.  As previously argued, to establish this offense the government must prove:

a. the defendant was an *agent of an organization*, government or agency;

b. in a *one-year period that organization*, government or agency *received federal benefits in excess of $10,000...*

*United States v. Abbey, 452 F. Supp 2d 766 (2006).*

The Indictment alleges, and it is true, that, at all relevant times,  Defendant Inman was a member of the Michigan House of Representatives.  The federal statue requires *that organization, government or agency,* to receive federal benefits in a one-year period in excess of $10,000.

Defendant has attached an affidavit from Mr. Doug Simon who is the Chief Financial Officer and Business Director of the Michigan House of Representatives.  He attests to this Court that the Michigan House of Representatives is a sovereign and independent branch of the state government with its own budget.  The House budget is separate from the budget for the State of Michigan and all other branches of state government.  For the fiscal years under consideration, 2018 and 2019, the Michigan House of Representatives received no federal funding. Furthermore, dating back to January of 2017, when Mr. Simon was appointed to this position, the Michigan House of Representatives *never* received federal funding (Exhibit A).

As a matter of law, the government cannot establish the jurisdictional foundation necessary to bring this charge against Defendant Inman.

## B.  COUNT I OF THE INDICTMENT MUST BE DISMISSED ON JURISDICTIONAL GROUNDS AND PRINCIPALS OF FEDERALISM

Defendant Inman has requested dismissal of the Hobbs Act violation (18 U.S.C. sec. 1951, Count 1 of the Indictment) asserting that there was not the requisite affect on commerce required by the statute.  Although the scope of authority of the Hobbs Act has been expanded, it still requires proof of a minimal effect on commerce or a *realistic probability* of an affect on commerce, *United States v. Nelson, 486 F. Supp. 464 (1980)*.  As argued to the Court, Defendant Inman's "No" vote on the initiative petition, which is the alleged "quid" for the "pro quo" of a legitimate campaign contribution, had no realistic probability to affect commerce.  A "No" vote, had it been in the majority of either the House or Senate, would have sent the ballot initiative to a vote of the general electorate.  The voting citizens of Michigan would then have been the deciding votes on the question of repealing the Prevailing Wage law.  The fact that the initiative *may* have been sent to a vote of the citizens of Michigan if a "No" vote by the defendant been in the majority in no way implicates an impact on interstate commerce.

The Government's reply was that the Michigan Regional Association of Carpenters and Millwrights (MRCCM) buys commodities through Amazon on the internet and the alleged extortion, if successful, would have reduced the amount of money the MRCCM could spend through Amazon.  This is the best "affect on commerce" under the Commerce Clause that the government can argue.  This should not be the threshold adopted by this Court.

The Hobbs Act was enacted in 1946 long before Amazon and the use of the internet.  The goal of the Act was to deal with the very real problem of the "levy of blackmail on industry" committed by "professional gangsters." *United States v. Harding, 563 F. 2d 299 (6th Cir. 1977)*.  If the depletion of MRCCM assets to use Amazon to buy commodities on the internet is an

adequate basis for jurisdiction, there would be no limit to the reach of the federal government in a Hobbs Act prosecution. Undoubtedly, every Michigan business, union, organization or individual spends money on the internet. Under the government's argument, a text message sent by any legislator to anyone in the state which purports to solicit campaign contributions could form the basis of a Hobbs Act prosecution, if that legislator votes favorably for legislation openly favored by the recipient of the text message. The potential abuse by the government of this power, or by lobbyists who are unsatisfied with a vote by a specific legislator and who claim they were extorted by the text message, would be totally unchecked by any Court oversight. That was a reason why the *Nelson "realistic probability"* rationale also requires a *nexus* between the extortionate act and the affect on commerce, *United States v. Elders, 569 F. 2d 1020 (1978).*

This leads directly to the more central concern that the U.S. Supreme Court and this Court has focused on the government's prosecution. What the government proposes is to prosecute a Michigan legislator for an *attempted* violation of the Hobb's Act, a felony punishable by a 20 year prison sentence, for sending a text message to a Michigan lobbyist organization, that buys some commodities on Amazon, soliciting campaign contributions to support controversial legislation. This expansive interpretation of a Hobb's Act prosecution, under the government's theory, has no limits.

While the United States Supreme Court warned that "a statute in this field that can linguistically be interpreted to be *either a meat axe or a scalpel should reasonably be taken to be the later", U.S. v. Sun -Diamond Growers, 526 U.S. 398 (1999),* the government's argument would expand the reach of the Hobb's Act into a pulverizer. The Supreme Court also instructed as to the potential overbreadth of this interpretation:

"The basic compact underlying representative government assumes that public officials will hear from their constituents and act appropriately on their concerns- whether it is the union official worried about a plant closing or the homeowners who wonder why it took five days to return power to their neighborhood after a storm. The Government's position could cast a pall of potential prosecutions over these relationships if the union had given a campaign contribution in the past or the homeowner's invited the official to join them on their annual outing to the ballgame.  Officials might wonder if they could respond to  the most commonplace requests for assistance..." *United States v. McDonnell 136 S. Ct. 2355, (2016) at p. 42,43.*

The Court also highlighted this concern in its preliminary statements before oral argument on Defendant's motion to dismiss (*ECF 44, PageID.288).*  What are the limits to the government's theory of the reach of the Hobbs Act?  Combining the government's jurisdictional arguments with the use of a legitimate campaign contribution as the "quid", the Defendant sees no boundaries of any kind to a prosecution of an elected official under this theory.

One need not look far to see how this argument could run afoul of the cautions of the United States Supreme Court in *McDonnell.* A public record exists as to which legislator's voted in favor of the MRCCM's position ( a "No" vote on the initiative petition, Exhibit B).  A public record also exists as to which legislators received money from the MRCCM both directly before and after the vote (Exhibit C).  The Journal for the Michigan House of Representatives for June 6, 2018 reflects the votes cast for and against the Prevailing Wage initiative.  Seven Republican legislator voted "No" ( a vote to send the petition to the general ballot, a vote the MRCCM and

its supporting unions favored).  Under the government's theory here is a partial list of the next

possible government targets:

| Representative | Campaign Contributions received | Contributor | Date of Contribution |
|---|---|---|---|
| Gary Howell | $5,000 | Mi Laborers | 3/22/19 |
| | $4,000 | MRCCM | 9/25/18 |
| | $3,000 | MRCCM | 5/2518 |
| Joe Bellino | $4,750 | MRCCM | 5/16/18 |
| Steve Marino | $2,500 | Mi Laborers | 1/25/18 |
| | $2,500 | Opertng Engs, | 3/5/18 |
| | $5,000 | Mi Carpenters | 5/16/18 |
| | $ 500 | MRCCM | 12/08/17 |
| | $1,000 | Mi Laborers | 7/16/18 |
| | $ 2,500 | Mi Laborers. | 9/3/18 |

The only fact missing from a potential indictment would be whatever form of communication

took place with respect to the Prevailing Wage initiative and the recipient of the campaign

contribution, be that a text message, email, phone call or personal meeting over dinner and

drinks.  The same can be said about the legislators on the other side of the issue who voted in

favor of the initiative.  The record shows campaign contributions coming into their coffers from

the proponents of the initiative before and after the vote.

Therein lies the central concern expressed by the Supreme Court as to the "chilling

effect" upon both the advocates of a particular piece of legislation who desire to support a

receptive legislator and the legislator receiving the contribution.  Could they speak freely with

the donor without the potential that, should they ultimately decide to vote against the donor's pet

issue, they could be accused of a Hobbs Act violation?  The same chilling effect would occur on

the side of the donor.  Must they simply throw their campaign contributions at a candidate who

they *hope* will assist them in the legislature?  If the donors  advance a political cause to the

candidate would they fear criminal recrimination if they also support the candidate's campaign financially?  If there are no boundaries to the reach of the Hobbs Act, either jurisdictionally or by limiting the "quid" to something other than a legal campaign contribution, then all Michigan legislators who receive and accept campaign contributions before or after a controversial vote are exposed to criminal liability, *McCormick v. U.S., 500 U.S. 257 (1991).*

*McCormick* is instructive on this issue, particularly as framed by the government in this case.  In *McCormick,* the defendant, a West Virginia state legislator, was convicted under the Hobbs Act when he sponsored a bill extending temporary licensing for foreign medical doctors, even though they repeatedly failed licensing examinations. He also advocated for possible legislation that would grant the foreign doctors licensing by virtue of their years of service, and during a campaign told a lobbyist that his campaign was expensive and that he had received no support from the foreign doctors.  Thereafter, the defendant received cash contributions from the doctors that were not listed as campaign contributions nor reported on his federal tax returns. The conviction was upheld by the 4th Circuit Court of Appeals but reversed by the Supreme Court.  The Court held, among other things, that to hold that legislators:

> "commit the federal crime of extortion when they act for the benefit of constituents
>
> or support legislation furthering the interests of some of their constituents, shortly before
>
> or after campaign contributions are solicited and received from those beneficiaries, is an
>
> unrealistic assessment of what Congress could have meant by making it a crime to take
>
> property from another, with his consent, "under color of official right".  To hold
>
> otherwise would open to prosecution not only conduct that has long been thought to be
>
> well within the law but also conduct that in a very real sense is unavoidable so long as

election campaigns are financed by private contributions or expenditures, *as they have been from the beginning of the Nation."*

## C. WHETHER THE GOVERNMENT'S INTERPRETATION OF THE REACH OF THE HOBB'S ACT CAUSES IT TO BE FACIALLY INVALID DUE TO VAGUENESS OR AN IMPERMISSIBLE INTRUSION INTO THE FIRST AMENDMENT.

"Void for vagueness simply means that criminal responsibility should not attach where one could not reasonably understand that his contemplated conduct is proscribed. In determining the sufficiency of the notice a statute must of necessity be examined in light of the conduct with which a defendant is charged." *United States v. Greenpeace, Inc.,* 314 F.Supp.2d 1252, 1258 (S.D. Fla. 2004) (*quoting United States v. National Dairy Products Corp.,* 372 U.S. 29, 83 S. Ct. 594, 9 L. Ed. 2d 561 (1963)). The First Amendment commands, "Congress shall make no law. . . abridging the freedom of speech." The government may violate this mandate in many ways, *e.g., Rosenberger v. Rector and Visitors of Univ. of Va., 515 U.S. 819, 132 L. Ed. 2d 700, 115 S. Ct. 2510 (1995);Keller v. State Bar of Cal., 496 U.S. 1, 110 L. Ed. 2d 1, 110 S. Ct. 2228 (1990),* but a law imposing criminal penalties on protected speech is a stark example of speech suppression, *citing Ashcroft v. Free Speech Coalition, 535 U.S, 234 (2002).*

The exercise of one's right to vote is protected First Amendment speech, *Citizens United v. FEC, 558 U.S. 310 (2010).* The charged violation by Defendant Inman carries a maximum punishment of 20 years incarceration in a federal penitentiary. When considering the sufficiency of the notice the statute affords of the prohibited practice the Court may consider the possible

penalty, particularly when it deals with a First Amendment issue, *Ashcroft at p. 244*.  Even minor

criminal penalties can chill protected speech, *Wooley v. Maynard, 430 U.S. 705 (1977)*.

In *Ashcroft v. Free Speech Coalition, 535 U.U. 234 (2002)*, the Supreme Court struck

down the Child Pornography Prevention Act of 1996, 18 USCS sec. 251 which intended to

criminalize any visual depiction if it appeared to include minors engaging in sexual acts, even if

they were computer generated as well as images created by more traditional means.  The Court

found the statute to be unconstitutional as it infringed on First Amendment Freedom of Speech

protections because the definition of child pornography in the statute could include historical

works of art, actors beyond the age of maturity engaged in simulated sex scenes, such as in

theater shows, or other non-purient works.  The penalties for possession of such works were

substantial and would create a chilling effect on those works customarily protected by the First

Amendment.   The Court, in striking down the statute reasoned:

> "The Government may not suppress lawful speech as the means to suppress unlawful
>
> speech. Protected speech does not become unprotected merely because it resembles the
>
> latter. The Constitution requires the reverse.  "The possible harm to society in permitting
>
> some unprotected speech to go unpunished is outweighed by the possibility that protected
>
> speech of others may be muted . . . ." *Broadrick* v. *Oklahoma,* 413 U.S. at 612.   The
>
> overbreadth doctrine prohibits the Government from banning unprotected speech if a
>
> substantial amount of protected speech is prohibited or chilled in the process."

This ties into the argument above that the Government's interpretation of the Hobb's Act would

cause a chilling effect on the entire State political process.  No matter how unsavory it may

seem, our two party system creates a continuous struggle between two generally competing

parties attempting to gain control of the legislature by having the majority of its members voted

into office by their constituents.   As we are a representative democracy, the electorate in each district must be motivated to go to the polling places and vote for their approved candidate.   To accomplish this, politicians from both parties must expend considerable sums of money to get theirs and their parties voices heard above the others.   This requires money for travel expenses, newspaper, television, radio and internet advertising and other means to motivate and woo the electorate to the soundness of your position.   Further, an individual candidate's position cannot make law unless it is in the majority.   Thus, both parties are involved in the fund raising process.  As Michigan now requires candidates for the House of Representatives to run for re-election every two years, campaigns and fund raising is always underway.   Under this system, there would be no way to separate out an incumbent's fund raising activities to raise legitimate political contributions and his conversations with the donors on issues significant to them.

To allow legitimate campaign contributions, legally accepted and disclosed, to form the basis for a Hobbs Act prosecution, even if they are openly solicited to help the legislator's future election campaign because he feels his vote will motivate his opponents to defeat him in the next election, would cause an onerous and chilling effect on the current political process.   What could a candidate for office say at his fundraiser if, at the same time, donors are handing checks to his staff?  Would he be able to openly support controversial platforms to a group of his constituents and at the same time receive donations?  If instead the candidate sent an email or text message to a donor that mimicked the same speech he gave at the fundraiser and requested a campaign contribution, would that now be a violation of the Hobbs Act?  That is exactly how fundraisers work in our system, yet the Government's interpretation of the Hobbs Act would challenge the legality of these meetings and discussions.

While there appears to be no case directly on point with the one before this Court, the expansive reach of the Hobbs Act as advocated by the Government seems to intrude so far into the political process as to blur the lines between was is legal or not under the Act and would create a very real chilling effect on what a political candidate can do or say during the election or re-election process.   The defendant renews his call for a dismissal of the indictment as to Counts I and II.

August 30, 2019

Respectfully,

Christopher K. Cooke  (P35034)
Neumann Law Group

*EXHIBIT A*

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

vs

LARRY CHARLES INMAN,

        Defendant.

Case No. 1:19-cr-117
Hon. Robert J. Jonker
Hon. Phillip J. Green

_____/

Christopher M. O'Connor (P71846)
Assistant United States Attorney
330 Ionia Ave NW
Grand Rapids, MI 49503-2504
(616) 456-2404
Christopher.oconnor@usdoj.gov

Christopher K. Cooke (P35034)
NEUMANN LAW GROUP
Attorney for the Defendant
300 East Front Street, Suite 445
Traverse City, MI 49684
(231) 221-0050
chris@neumannlawgroup.com

Ronald M. Stella (P45316)
Assistant United States Attorney
330 Ionia Ave NW
Grand Rapids, MI 49503-2504
(616) 456-2404
Ron.stella@usdoj.gov

_____/

## AFFIDAVIT OF DOUG G. SIMON, CHIEF FINANCIAL OFFICER OF THE MICHIGAN HOUSE OF REPRESENTATIVES

NOW COMES DOUG G. SIMON, Chief Financial Officer and Business Director of the Michigan

House of Representatives having been duly sworn, deposes as follows:

1. I, Doug G. Simon, am the Chief Financial Officer and Business Director of the Michigan House

of Representatives.

2. The Michigan House of Representatives is a sovereign and independent branch of the state

government.

3. The Michigan House of Representatives maintains its own budget, separate from the State of

Michigan and all other branches of the state government.

4. Part of my duties and responsibilities as Chief Financial Officer and Business Director is to understand and oversee all sources of funding for the Michigan House of Representatives.

5. The fiscal year for the Michigan House runs from October to September.

6. For the fiscal year 2018, the Michigan House of Representatives received no ($0.00) funding from the Federal government.

7. For the fiscal year 2019, to date, the Michigan House of Representatives received no ($0.00) funding from the federal government.

8. During the two years and eight months that I have served as the Chief Financial Officer and Business Director of the Michigan House of Representatives, the House has never received federal funding in its budget.


Further, the affiant sayeth not.

Date: _8/26/19_

Doug G. Simon
Chief Financial Officer
Michigan House of Representatives


)
)

STATE OF MICHIGAN
INGHAM COUNTY

Subscribed and sworn to before me in Ingham County, Michigan, on August 26, 2019.

/s/ _Lisa D. Curtis_
Name: _Lisa D. Curtis_
Notary public, State of Michigan, County of Eaton
My commission expires _August 6, 2022_


LISA D CURTIS
NOTARY PUBLIC - STATE OF MICHIGAN
COUNTY OF EATON
My Commission Expires August 6, 2022
Acting in the County of _Ingham_

*EXHIBIT B*

# No. 57
# STATE OF MICHIGAN

# JOURNAL
## OF THE
# House of Representatives

## 99th Legislature
### REGULAR SESSION OF 2018

House Chamber, Lansing, Wednesday, June 6, 2018.

1:30 p.m.

The House was called to order by Associate Speaker Pro Tempore Glenn.

The roll was called by the Clerk of the House of Representatives, who announced that a quorum was present.

| | | | |
|---|---|---|---|
| Afendoulis—present | Frederick—present | Kelly—present | Reilly—present |
| Albert—present | Garcia—present | Kesto—present | Rendon—present |
| Alexander—present | Garrett—present | Kosowski—present | Roberts—present |
| Allor—present | Gay-Dagnogo—present | LaFave—present | Robinson—present |
| Barrett—present | Geiss—present | LaGrand—present | Runestad—present |
| Bellino—present | Glenn—present | LaSata—present | Sabo—present |
| Bizon—present | Graves—present | Lasinski—present | Santana—present |
| Brann—present | Green—present | Lauwers—present | Scott—present |
| Brinks—present | Greig—present | Leonard—present | Sheppard—present |
| Byrd—present | Greimel—present | Leutheuser—present | Singh—present |
| Calley—present | Griffin—present | Liberati—present | Sneller—present |
| Cambensy—present | Guerra—present | Lilly—present | Sowerby—present |
| Camilleri—present | Hammoud—present | Love—present | Tedder—present |
| Canfield—present | Hauck—present | Lower—present | Theis—present |
| Chang—present | Hernandez—present | Lucido—present | VanderWall—present |
| Chatfield—present | Hertel—present | Marino—present | VanSingel—present |
| Chirkun—present | Hoadley—present | Maturen—present | Vaupel—present |
| Clemente—present | Hoitenga—present | McCready—present | VerHeulen—present |
| Cochran—present | Hornberger—present | Miller—present | Victory—present |
| Cole—present | Howell—present | Moss—present | Webber—present |
| Cox—present | Howrylak—present | Neeley—present | Wentworth—present |
| Crawford—present | Hughes—present | Noble—present | Whiteford—present |
| Dianda—present | Iden—present | Pagan—present | Wittenberg—present |
| Durhal—present | Inman—present | Pagel—present | Yancey—present |
| Elder—present | Johnson—present | Peterson—present | Yanez—present |
| Ellison—present | Jones—present | Phelps—present | Yaroch—present |
| Faris—present | Kahle—present | Rabhi—present | Zemke—present |
| Farrington—present | | | |

e/d/s = entered during session

Rep. Tim Kelly, from the 94th District, offered the following invocation:

"Heavenly Father, we come to You today to asking for Your guidance, wisdom, and support as we begin this legislative session. Help us to engage in meaningful discussion; allow us to grow closer as a group and nurture the bonds of community. Fill us with Your grace, Lord God, as we make decisions that will affect the citizens of the great state of Michigan. Continue to remind us that all that we do here today, is for the greater glory of You, and for the service of humanity. We ask these things in Your name, Amen."

———

The Speaker assumed the Chair.

## Motions and Resolutions

The Speaker, on behalf of the entire membership of the House of Representatives, offered the following resolution:
**House Resolution No. 361.**
A resolution of tribute offered as a memorial for George W. Mans.
Whereas, The members of this legislative body are saddened by the recent passing of George W. Mans, former member of the House of Representatives, who served the Twenty-third District for six years; and
Whereas, George Mans was a lifelong and deeply rooted resident of Trenton, Michigan. After completing his education in the Trenton Public Schools, he attended the University of Michigan where he not only earned a bachelor's degree in history, but he also left an indelible mark in the annals of University of Michigan football as an All-Big Ten lineman and team captain. He later contributed his football knowledge and expertise as a coach for the University of Michigan, Eastern Michigan University, and Michigan Technological University; and
Whereas, George Mans' career as an elected official began with his tenure as a member of the Trenton Board of Education and later as Mayor of Trenton. In 1996, he was elected to the House of Representatives where he served for three terms and worked on committees concerning corrections, local government, transportation, public retirement, and veteran's affairs. Furthermore, he sponsored a host of bills that were enacted into law dealing with elections, education, and health; and
Whereas, George Mans impacted many lives within his sphere of influence. He leaves behind a loving wife, four children, and two grandchildren. As a business owner, public official, football coach, and overall stellar individual, George Mans' life and contributions will long be remembered; now, therefore, be it
Resolved by the House of Representatives, That we offer this expression of our highest regard in memory of George W. Mans, a distinguished member of this legislative body from 1996-2002; and be it further
Resolved, That copies of this resolution be transmitted to the Mans family as evidence of our lasting esteem for his memory.
The question being on the adoption of the resolution
The resolution was adopted by unanimous standing vote.

## Messages from the Senate

**Senate Concurrent Resolution No. 34.**
A concurrent resolution of tribute offered as a memorial for Raymond D. Dzendzel, former member of the House of Representatives and the Senate.
Whereas, It is with great sadness that the members of the Michigan Legislature learned of the passing of Raymond Dzendzel. He was a strong advocate for the people of northwest Detroit and northern Wayne County during his 16 years in the House of Representatives and the Senate; and
Whereas, Raymond Dzendzel was a public servant long before he arrived in Lansing. After graduating from Redford High School, he joined the United States Coast Guard and served in the north Atlantic during World War II. He returned home after the war and earned a bachelor's degree from the Detroit Institute of Technology, working as a carpenter and business representative for his carpenters' union before being elected to the House of Representatives in 1954; and
Whereas, During his two terms in the House, Raymond Dzendzel drew on his experience in the Coast Guard, serving on the Michigan Veterans' Facility and Military and Veterans' Affairs committees. He was also a member of the House committees related to constitutional amendments and apportionment. Raymond Dzendzel served on numerous committees in the Senate after his election to that chamber in 1958, including committees covering elections, insurance, interstate cooperation, judiciary, labor, senate business, and veterans' affairs. He also served on the Legislative Council and was the chairman of the Corporations Committee and the Committee on Committees; and

Whereas, Raymond Dzendzel took on leadership positions during his tenure in the Senate. Most notably, he was his party's leader from December 1963 to January 1969, serving as the Majority Leader during the 1965-1966 session, reflecting the trust and respect he had earned from his colleagues. During his time in the Legislature, he devoted his efforts to many different issues that mattered to his constituents. He worked on education, public safety, seniors, and veterans' issues, but was most known for his efforts on labor, including the creation of the Construction Safety Commission and Board of Residential Contractors; and

Whereas, Raymond Dzendzel enjoyed a long and happy retirement after leaving Lansing in 1970. He spent time with his family and remained active in the community, including serving as a member of the board of directors for Botsford Hospital; and

Wherens, Raymond Dzendzel was an honorable and committed public servant. Upon his passing, we offer our condolences to his family and friends. We hope that they may find comfort in the knowledge that the community as a whole shares in their bereavement, and that the legacy of Raymond Dzendzel's contributions will long continue to enrich our state; now, therefore, be it

Resolved by the Senate (the House of Representatives concurring), That we offer this expression of our highest tribute to honor the memory of Raymond D. Dzendzel, a member of the House of Representatives from 1955 to 1958 and the Senate from 1959 to 1970; and be it further

Resolved, That copies of this resolution be transmitted to the Dzendzel family as evidence of our lasting esteem for his memory.

The Senate has adopted the concurrent resolution.

The question being on the adoption of the concurrent resolution,

The concurrent resolution was adopted by unanimous standing vote.

––––––––

The Speaker called the Speaker Pro Tempore to the Chair.

### Second Reading of Bills

### INITIATIVE PETITION

An initiation of legislation to repeal 1965 PA 166, entitled "An act to require prevailing wages and fringe benefits on state projects; to establish the requirements and responsibilities of contracting agents and bidders; to prescribe penalties," (MCL 408.551 to 408.558); and to provide for an appropriation for related purposes.

The Initiative Petition was read a second time.

Rep. Lauwers moved that the Initiative Petition be placed on the order of Third Reading of Bills.

The motion prevailed.

Rep. Lauwers moved that the Initiative Petition be placed on its immediate passage.

The motion prevailed, a majority of the members serving voting therefor.

By unanimous consent the House returned to the order of

### Third Reading of Bills

### INITIATIVE PETITION

An initiation of legislation to repeal 1965 PA 166, entitled "An act to require prevailing wages and fringe benefits on state projects; to establish the requirements and responsibilities of contracting agents and bidders; to prescribe penalties," (MCL 408.551 to 408.558); and to provide for an appropriation for related purposes.

Was read a third time and passed, a majority of the members serving voting therefor, by yeas and nays, as follows:

**Roll Call No. 453**                    **Yeas—56**

| | | | |
|---|---|---|---|
| Afendoulis | Frederick | Kelly | Pagel |
| Albert | Garcia | Kesto | Reilly |
| Alexander | Glenn | LaFave | Rendon |
| Allor | Graves | LaSata | Runestad |

| | | | |
|---|---|---|---|
| Barrett | Griffin | Lauwers | Tedder |
| Bizon | Hauck | Leonard | Theis |
| Brann | Hernandez | Leutheuser | VanderWall |
| Calley | Hoitenga | Lilly | VanSingel |
| Canfield | Hornberger | Lower | Vaupel |
| Chatfield | Hughes | Lucido | VerHeulen |
| Cole | Iden | Maturen | Victory |
| Cox | Inman | McCready | Webber |
| Crawford | Johnson | Miller | Wentworth |
| Farrington | Kahle | Noble | Whiteford |

### Nays—53

| | | | |
|---|---|---|---|
| Bellino | Garrett | Kosowski | Robinson |
| Brinks | Gay-Dagnogo | LaGrand | Sabo |
| Byrd | Geiss | Lasinski | Santana |
| Cambensy | Green | Liberati | Scott |
| Camilleri | Greig | Love | Sheppard |
| Chang | Greimel | Marino | Singh |
| Chirkun | Guerra | Moss | Sneller |
| Clemente | Hammoud | Neeley | Sowerby |
| Cochran | Hertel | Pagan | Wittenberg |
| Dianda | Hoadley | Peterson | Yancey |
| Durhal | Howell | Phelps | Yanez |
| Elder | Howrylak | Rabhi | Yaroch |
| Ellison | Jones | Roberts | Zemke |
| Faris | | | |

In The Chair: Chatfield

Rep. Lauwers moved that the Initiative Petition be given immediate effect.
The motion prevailed, 2/3 of the members serving voting therefor.
The **Initiative Petition** was referred to the Clerk for depositing with the Secretary of State.

———

Reps. Phelps, Cochran, Yanez, Pagan, Hoadley, Wittenberg and Greimel, having reserved the right to explain their protest against the passage of the Initiative Petition, made the following statement:
"Mr. Speaker and members of the House:
I voted no on repealing Michigan's prevailing wage law to ensure that the men and women who work hard every day to fix our roads and build our bridges and schools are paid a fair wage that recognizes their value. At a time when working families are struggling to get ahead, this initiative will further undercut Michigan's strong skilled labor force by flooding the state with low-skill, inexperienced, out-of-state workers simply to pad the profits of a few contractors. This proposal pretended to offer savings to taxpayers, but numerous independent studies from Indiana and Wisconsin have shown that claim to be false. Instead, a repeal of the prevailing wage will increase costs to taxpayers, as important construction projects take longer to complete with low-skill labor. As our state faces an infrastructure emergency, and our skilled worker shortage threatens to become a crisis, I could not responsibly support a proposal that will assuredly result in more expensive but lower quality construction projects while doing nothing to fix the pressing problems our state is facing."

Rep. Green, having reserved the right to explain his protest against the passage of the Initiative Petition, made the following statement:
"Mr. Speaker and members of the House:
No Vote Explanation on PWage Initiative Petition Passage
I voted no on repealing Michigan's prevailing wage law to ensure that the men and women who work hard every day to fix our roads and build our bridges and schools are paid a fair wage that recognizes their value. At a time when working



# Michigan lawmakers all have a record – *MichiganVotes.org is its keeper.*

Subscribe   Searches   Scoreboards   Links   About   Share        Sign in

Search   🔍

## House Roll Call 453 on
### 2018 Legislative Initiative Petition 2: Repeal prevailing wage law

**Passed** 56 to 53 in the House on June 6, 2018.

   See Who Voted "Yes" and Who Voted "No". To repeal the state "prevailing wage" law, which prohibits awarding government contracts to contractors who submit the lowest bid unless the contractor pays wages based on union pay scales that local union officials represent as prevalent in a particular area.

---

View the rest of Legislative Initiative Petition 2: History, Amendments & Comments

📧 🔗 View comments   🖨 PRINT



| Vote | Republican | | Democrat | | Voters | |
|------|-----------|---|----------|---|--------|---|
| 🟩 In Favor | | 88% | | 0% | | 25% |
| 🟫 Against | | 11% | | 100% | | 75% |
| 🟨 Not Voting | | 0% | | 0% | | 0% |
| Undecided | 63 total votes | | 46 total votes | | 4 total votes | |

What do you think?   In Favor    Against    Undecided   Vote   (sign in required)

Add to your scorecard as In Favor or Against (select a scorecard)

### IN FAVOR

### HOUSE DEMOCRATS
none

### HOUSE REPUBLICANS

| | | | | |
|---|---|---|---|---|
| Afendoulis (R) | Albert (R) | Alexander (R) | Allor (R) | Barrett (R) |
| Bizon (R) | Brann (R) | Calley (R) | Canfield (R) | Chatfield (R) |
| Cole (R) | Cox (R) | Crawford (R) | Farrington (R) | Frederick (R) |
| Garcia (R) | Glenn (R) | Graves (R) | Griffin (R) | Hauck (R) |

Hernandez (R)    Hoitenga (R)    Hornberger (R)    Hughes (R)    Iden (R)

Inman (R)    Johnson (R)    Kahle (R)    Kelly (R)    Kesto (R)

LaFave (R)    LaSata (R)    Lauwers (R)    Leonard (R)    Leutheuser (R)

Lilly (R)    Lower (R)    Lucido (R)    Maturen (R)    McCready (R)

Miller (R)    Noble (R)    Pagel (R)    Reilly (R)    Rendon (R)

Runestad (R)    Tedder (R)    Theis (R)    VanderWall (R)    VanSingel (R)

Vaupel (R)    Verheulen (R)    Victory (R)    Webber (R)    Wentworth (R)

Whiteford (R)


**AGAINST**

**HOUSE DEMOCRATS**

Brinks (D)    Byrd (D)    Cambensy (D)    Camilleri (D)    Chang (D)

Chirkun (D)    Clemente (D)    Cochran (D)    Dianda (D)    Durhal (D)

Elder (D)    Ellison (D)    Faris (D)    Garrett (D)    Gay-Dagnogo (D)

Geiss (D)    Green (D)    Greig (D)    Greimel (D)    Guerra (D)

Hammoud (D)    Hertel (D)    Hoadley (D)    Jones (D)    Kosowski (D)

LaGrand (D)    Lasinski (D)    Liberati (D)    Love (D)    Moss (D)

Neeley (D)    Pagan (D)    Peterson (D)    Phelps (D)    Rabhi (D)

Robinson (D)    Sabo (D)    Santana (D)    Scott (D)    Singh (D)

Sneller (D)    Sowerby (D)    Wittenberg (D)    Yancey (D)    Yanez (D)

Zemke (D)

**HOUSE REPUBLICANS**

Bellino (R)    Howell (R)    Howrylak (R)    Marino (R)    Roberts (R)

Sheppard (R)    Yaroch (R)


**HOUSE LEGISLATORS ORDERED BY NAME**

Y   Afendoulis (R-73)    Y   Albert (R-86)    Y   Alexander (R-64)    Y   Allor (R-106)

Y   Barrett (R-71)    n   Bellino (R-17)    Y   Bizon (R-62)    Y   Brann (R-77)

n   Brinks (D-76)    n   Byrd (D-3)    Y   Calley (R-87)    n   Cambensy (D-109)

n   Camilleri (D-23)    Y   Canfield (R-84)    n   Chang (D-6)    Y   Chatfield (R-107)

n   Chirkun (D-22)    n   Clemente (D-14)    n   Cochran (D-67)    Y   Cole (R-105)

| | | | |
|---|---|---|---|
| Y Cox (R-19) | Y Crawford (R-38) | n Dianda (D-110) | n Durhal (D-5) |
| n Elder (D-96) | n Ellison (D-26) | n Faris (D-48) | Y Farrington (R-30) |
| Y Frederick (R-85) | Y Garcia (R-90) | n Garrett (D-7) | n Gay-Dagnogo (D-8) |
| n Geiss (D-12) | Y Glenn (R-98) | Y Graves (R-51) | n Green (D-28) |
| n Greig (D-37) | n Greimel (D-29) | Y Griffin (R-66) | n Guerra (D-95) |
| n Hammoud (D-15) | Y Hauck (R-99) | Y Hernandez (R-83) | n Hertel (D-18) |
| n Hoadley (D-60) | Y Hoitenga (R-102) | Y Hornberger (R-32) | n Howell (R-82) |
| n Howrylak (R-41) | Y Hughes (R-91) | Y Iden (R-61) | Y Inman (R-104) |
| Y Johnson (R-72) | n Jones (D-11) | Y Kahle (R-57) | Y Kelly (R-94) |
| Y Kesto (R-39) | n Kosowski (D-16) | Y LaFave (R-108) | n LaGrand (D-75) |
| Y LaSata (R-79) | n Lasinski (D-52) | Y Lauwers (R-81) | Y Leonard (R-93) |
| Y Leutheuser (R-58) | n Liberati (D-13) | Y Lilly (R-89) | n Love (D-10) |
| Y Lower (R-70) | Y Lucido (R-36) | n Marino (R-24) | Y Maturen (R-63) |
| Y McCready (R-40) | Y Miller (R-59) | n Moss (D-35) | n Neeley (D-34) |
| Y Noble (R-20) | n Pagan (D-21) | Y Pagel (R-78) | n Peterson (D-54) |
| n Phelps (D-49) | n Rabhi (D-53) | Y Reilly (R-46) | Y Rendon (R-103) |
| n Roberts (R-65) | n Robinson (D-4) | Y Runestad (R-44) | n Sabo (D-92) |
| n Santana (D-9) | n Scott (D-2) | n Sheppard (R-56) | n Singh (D-69) |
| n Sneller (D-50) | n Sowerby (D-31) | Y Tedder (R-43) | Y Theis (R-42) |
| Y VanderWall (R-101) | Y VanSingel (R-100) | Y Vaupel (R-47) | Y Verheulen (R-74) |
| Y Victory (R-88) | Y Webber (R-45) | Y Wentworth (R-97) | Y Whiteford (R-80) |
| n Wittenberg (D-27) | Y Yancey (D-1) | n Yanez (D-25) | n Yaroch (R-33) |
| n Zemke (D-55) | | | |

**House Roll Call 453 on 2018 Legislative Initiative Petition 2**

# Comments



Michigan.gov Home | SOS Home | Site Map | FAQ | Online Services | Forms | Contact SOS

# Michigan Campaign Finance Contribution Search Results

Criteria used for the search:

- Candidate's Last Name: **"*HOWELL*"**

Supplemental itemizations have not been included.
Results are sorted by: **committee name** and then by: **amount-descending**

---

Matches 401-500 of **2868**   <<Prev 100    Next 100>>

```
I'm not a robot
                                    reCAPTCHA
                                    Privacy - Terms
```

Help me with "I'm not a robot"

---

| Receiving Committee Name Committee ID-Type | Schedule Type Description | Received From Address Occupation-Employer | City State Zip | Date | Amount | Cumul |
|---|---|---|---|---|---|---|
| COMM TO ELECT GARY HOWELL 513449-CAN | DIRECT | *TERENCE KLUGE* PO BOX 296 | LAPEER MI 48446-0000 | 11/22/07 | $40.00 | $40.00 |
| COMM TO ELECT GARY HOWELL 513449-CAN | DIRECT | *TERENCE KLUGE* PO BOX 296 FIRE CHEIF-CITY OF LAPEER | LAPEER MI 48446-0000 | 05/26/08 | $40.00 | $130.00 |
| COMM TO ELECT GARY HOWELL 513449-CAN | DIRECT | *RICHARD KRIEGER* 546 VISTA DELL SOLE | LAPEER MI 48446-0000 | 06/07/08 | $35.00 | $35.00 |
| COMM TO ELECT GARY HOWELL 513449-CAN | DIRECT | *GLENN R FACKLER JR* 2717 N LAKE GEORGE RD | METAMORA MI 48455-0000 | 05/23/08 | $35.00 | $85.00 |
| COMM TO ELECT GARY HOWELL 513449-CAN | DIRECT | *BETSY BARTLETT* 3310 BALDWIN RD | METAMORA MI 48455-0000 | 06/07/08 | $35.00 | $35.00 |
| COMM TO ELECT GARY HOWELL 513449-CAN | DIRECT | *DAWN JOHNSON* 3143 WEST BARNES LAKE RD | COLUMBIAVILLE MI 48421-0000 | 05/24/08 | $35.00 | $35.00 |
| COMM TO ELECT GARY | DIRECT | *JUDITH A RICE* | LAPEER | 09/04/07 | $35.00 | $35.00 |

2939 BULLOCK RD  0000

| | | | | | |
|---|---|---|---|---|---|
| COMM TO ELECT GARY HOWELL 513449-CAN | DIRECT | *RICHARD C. KUISELL* 2375 GREENWOOD RD | LAPEER MI 48446-0000 | 06/28/08 | $20.00 $20.00 |
| COMM TO ELECT GARY HOWELL 513449-CAN | DIRECT | *JIM JESSOP* 3735 OREGON RD | LAPEER MI 48446-0000 | 05/28/08 | $20.00 $20.00 |
| COMM TO ELECT GARY HOWELL 513449-CAN | DIRECT | *FAYE E SMITH* 2024 JOHNSON MILL RD | NORTH BRANCH MI 48461-0000 | 04/15/08 | $20.00 $20.00 |
| COMM TO ELECT GARY HOWELL 513449-CAN | DIRECT | *THOMAS E COTE* 111 W BARNES LAKE RD | COLUMBIAVILLE MI 48421-0000 | 11/13/07 | $20.00 $20.00 |
| COMM TO ELECT GARY HOWELL 513449-CAN | DIRECT | *ELLEN L JURN* 574 E BORLAND | IMLAY CITY MI 48444-0000 | 09/22/07 | $20.00 $20.00 |
| COMM TO ELECT GARY HOWELL 513449-CAN | DIRECT | *JAMES DAVIS* 600 DAVIS LAKE RD | LAPEER MI 48446-0000 | 03/27/08 | $10.00 $10.00 |
| COMM TO ELECT GARY HOWELL 513449-CAN | DIRECT | *ROBERTA BERGIN* 1109 S LAPEER RD | LAPEER MI 48446-0000 | 03/25/08 | $10.00 $10.00 |
| COMM TO ELECT GARY HOWELL 513449-CAN | DIRECT | *PATRICIA TURONEK* 189 OAKVIEW DR | LAPEER MI 48446-0000 | 06/01/08 | $10.00 $10.00 |
| COMMITTEE TO ELECT GARY HOWELL 517310-CAN | DIRECT | *GARY HOWELL* 4865 FISH LAKE ROAD FARMER-NA | NORTH BRANCH MI 48461-0000 | 10/16/15 | $40,000.00 $55,000.00 |
| COMMITTEE TO ELECT GARY HOWELL 517310-CAN | DIRECT | *GARY HOWELL* 4865 FISH LAKE ROAD FARMER-NA | NORTH BRANCH MI 48461-0000 | 09/01/15 | $15,000.00 $15,000.00 |
| COMMITTEE TO ELECT GARY HOWELL 517310-CAN | DIRECT | *MICHIGAN CHAMBER* 600 S. WALNUT | LANSING MI 48933-0000 | 10/23/15 | $5,000.00 $5,000.00 |
| COMMITTEE TO ELECT GARY HOWELL 517310-CAN | DIRECT | *MI LABORERS' POLITICAL LEAGUE* 1118 CENTENNIAL WAY SUITE 100 | LANSING MI 48917-0000 | 03/22/19 | $5,000.00 $5,000.00 |

| | | | | | |
|---|---|---|---|---|---|
| COMMITTEE TO ELECT GARY HOWELL 517310-CAN | DIRECT | *MI REGIONAL COUNCIL OF DETROIT CARPENTERS* 400 TOWER RENAISSANCE CENTER SUITE 1010 | DETROIT MI 48243-0000 | 09/24/18 | $4,000.00 $10,000.00 |
| COMMITTEE TO ELECT GARY HOWELL 517310-CAN | INKIND OFFICE SPACE (JAN-DEC 2017) | *GARY HOWELL* 4865 FISH LAKE ROAD FARMER-NA | NORTH BRANCH MI 48461-0000 | 10/06/17 | $3,600.00 $5,100.00 |
| COMMITTEE TO ELECT GARY HOWELL 517310-CAN | DIRECT | *MI REGIONAL COUNCIL OF CARPENTERS* 400 TOWER RENAISSANCE CENTER SUITE 1010 | DETROIT MI 48243-0000 | 05/25/18 | $3,000.00 $6,000.00 |
| COMMITTEE TO ELECT GARY HOWELL 517310-CAN | DIRECT | *MICHIGAN FARM BUREAU* P.O. BOX 30960 | LANSING MI 48909-0000 | 06/18/18 | $2,500.00 $5,400.00 |
| COMMITTEE TO ELECT GARY HOWELL 517310-CAN | DIRECT | *IBEW PAC VOLUNTARY FUND* 900 SEVENTH ST. NW | WASHINGTON DC DC 20001-0000 | 04/24/18 | $2,500.00 $2,500.00 |
| COMMITTEE TO ELECT GARY HOWELL 517310-CAN | DIRECT | *MICHIGAN FARM BUREAU* P.O. BOX 30960 | LANSING MI 48909-0000 | 10/29/15 | $2,500.00 $2,500.00 |
| COMMITTEE TO ELECT GARY HOWELL 517310-CAN | DIRECT | *MICHIGAN BEER & WINE WHOLESALERS* 332 TOWNSEND ST. | LANSING MI 48933-0000 | 12/07/15 | $2,500.00 $2,500.00 |

Matches 401-500 of 2868   <<Prev 100   Next 100>>

[Campaign Finance On-Line] [Expenditure Analysis] [New Search]
Michigan.gov Home | SOS Home | Site Map | FAQ | Online Services | Forms | State Web Sites
Privacy Policy | Link Policy | Accessibility Policy | | Security Policy

Copyright © 2001-2008 State of Michigan

Michigan.gov Home   SOS Home   |   Site Map   |   FAQ   |   Online Services   |   Forms   |   Contact SOS

# Michigan Campaign Finance Contribution Search Results

Criteria used for the search:

- Candidate's Last Name: "**\*BELLINO\***"

Supplemental itemizations have not been included.
Results are sorted by: **committee name** and then by: **amount-descending**

---

Matches 1-100 of 766

```
[ ]  I'm not a robot
                              reCAPTCHA
                              Privacy - Terms
```

Help me with "I'm not a robot"

---

| Receiving Committee Name Committee ID-Type | Schedule Type Description | Received From Address Occupation-Employer | City State Zip | Date | Amount | Cumul |
|---|---|---|---|---|---|---|
| COMMITTEE TO ELECT JOE BELLINO 517544-CAN | INKIND MEDIA BUY | *HOUSE REPUBLICAN CAMPAIGN COMMITTEE* 520 SEYMOUR AVE | LANSING MI 48933-0000 | 09/24/18 | $61,540.00 | $87,841.20 |
| COMMITTEE TO ELECT JOE BELLINO 517544-CAN | INKIND MEDIA BUY | *HOUSE REPUBLICAN CAMPAIGN COMMITTEE* 520 SEYMOUR AVE | LANSING MI 48933-0000 | 10/29/18 | $47,738.75 | $217,296.20 |
| COMMITTEE TO ELECT JOE BELLINO 517544-CAN | INKIND MEDIA BUY | *HOUSE REPUBLICAN CAMPAIGN COMMITTEE* 520 SEYMOUR AVE | LANSING MI 48933-0000 | 10/25/18 | $47,738.75 | $169,557.45 |
| COMMITTEE TO ELECT JOE BELLINO 517544-CAN | INKIND MEDIA BUY | *HOUSE REPUBLICAN CAMPAIGN COMMITTEE* 520 SEYMOUR AVE | LANSING MI 48933-0000 | 10/09/18 | $23,077.50 | $116,368.70 |
| COMMITTEE TO ELECT JOE BELLINO 517544-CAN | INKIND MEDIA BUY | *HOUSE REPUBLICAN CAMPAIGN COMMITTEE* 520 SEYMOUR AVE | LANSING MI 48933-0000 | 11/01/18 | $22,625.00 | $239,921.20 |

---

| COMMITTEE TO ELECT JOE BELLINO 517544-CAN | INKIND MEDIA BUY | HOUSE REPUBLICAN CAMPAIGN COMMITTEE 520 SEYMOUR AVE | LANSING MI 48933-0000 | 09/10/18 | $20,851.20 | $20,851.20 |
|---|---|---|---|---|---|---|
| COMMITTEE TO ELECT JOE BELLINO 517544-CAN | DIRECT | HOUSE REPUBLICAN CAMPAIGN COMMITTEE 520 SEYMOUR AVE | LANSING MI 48933-0000 | 10/25/16 | $17,500.00 | $17,500.00 |
| COMMITTEE TO ELECT JOE BELLINO 517544-CAN | DIRECT | JOSEPH BELLINO JR. 1285 HOLLYWOOD DR BUSINESS OWNER-SAM & FRAN'S BROADWAY MARKET | MONROE MI 48162-0000 | 10/29/16 | $15,000.00 | $15,000.00 |
| COMMITTEE TO ELECT JOE BELLINO 517544-CAN | DIRECT | CHATFIELD MAJORITY FUND 2 15012 SENIORS CT | BATH MI 48808-0000 | 06/01/18 | $7,000.00 | $7,000.00 |
| COMMITTEE TO ELECT JOE BELLINO 517544-CAN | INKIND MEDIA PRODUCTION & POSTAGE | HOUSE REPUBLICAN CAMPAIGN COMMITTEE 520 SEYMOUR AVE | LANSING MI 48933-0000 | 09/14/18 | $5,450.00 | $26,301.20 |
| COMMITTEE TO ELECT JOE BELLINO 517544-CAN | INKIND MEDIA PRODUCTION | HOUSE REPUBLICAN CAMPAIGN COMMITTEE 520 SEYMOUR AVE | LANSING MI 48933-0000 | 09/24/18 | $5,450.00 | $93,291.20 |
| COMMITTEE TO ELECT JOE BELLINO 517544-CAN | INKIND MEDIA PRODUCTION | HOUSE REPUBLICAN CAMPAIGN COMMITTEE 520 SEYMOUR AVE | LANSING MI 48933-0000 | 10/11/18 | $5,450.00 | $121,818.70 |
| COMMITTEE TO ELECT JOE BELLINO 517544-CAN | DIRECT | MONROE COUNTY REPUBLICANS PO BOX 560 | MONROE MI 48161-0000 | 10/01/18 | $5,000.00 | $5,000.00 |
| COMMITTEE TO ELECT JOE BELLINO 517544-CAN | DIRECT | AFPD INC 5779 W. MAPLE RD | WEST BLOOMFIELD MI 48322-0000 | 07/24/16 | $5,000.00 | $5,000.00 |
| COMMITTEE TO ELECT JOE BELLINO 517544-CAN | DIRECT | MONROE COUNTY REPUBLICANS PO BOX 560 | MONROE MI 48161-0000 | 07/24/16 | $5,000.00 | $5,000.00 |
| COMMITTEE TO ELECT JOE BELLINO 517544-CAN | DIRECT | MI REGIONAL COUNCIL OF CARPENTERS PA 400 RENAISSANCE CENTER STE 1010 | DETROIT MI 48243-0000 | 05/16/18 | $4,750.00 | $6,000.00 |

6/12/2019                                       Michigan Campaign Finance Contribution Search Results

Michigan.gov Home SOS Home | Site Map | FAQ | Online Services | Forms | Contact SOS

# Michigan Campaign Finance Contribution Search Results

Criteria used for the search:

- Candidate's Last Name: "*MARINO*"

Supplemental itemizations have not been included.
Results are sorted by: **committee name** and then by: **amount-descending**

---

Matches 1-100 of 255   Next 100>>

```
┌─────────────────────────────────────────────────┐
│  ☐  I'm not a robot                              │
│                                    reCAPTCHA     │
│                                    Privacy - Terms│
└─────────────────────────────────────────────────┘
```

Help me with "I'm not a robot"

---

| Receiving Committee Name Committee ID-Type | Schedule Type Description | Received From Address Occupation-Employer | City State Zip | Date | Amount | Cumul |
|---|---|---|---|---|---|---|
| CITIZENS FOR STEVE MARINO 517481-CAN | DIRECT | STEVEN MARINO 37884 LAKESHORE DRIVE OWNER-CAMPAIGN FINANCE STRATEGIES LL | HARRISON TOWNSHIP MI 48045-0000 | 02/08/16 | $25,000.00 | $25,000.00 |
| CITIZENS FOR STEVE MARINO 517481-CAN | DIRECT | STEVEN MARINO 37884 LAKESHORE DRIVE OWNER-CAMPAIGN FINANCE STRATEGIES LL | HARRISON TOWNSHIP MI 48045-0000 | 08/29/16 | $20,000.00 | $70,100.00 |
| CITIZENS FOR STEVE MARINO 517481-CAN | DIRECT | STEVEN MARINO 37884 LAKESHORE DRIVE OWNER-CAMPAIGN FINANCE STRATEGIES LL | HARRISON TOWNSHIP MI 48045-0000 | 08/03/16 | $15,000.00 | $50,100.00 |
| CITIZENS FOR STEVE MARINO 517481-CAN | DIRECT | STEVEN MARINO 37884 LAKESHORE DRIVE OWNER-CAMPAIGN FINANCE STRATEGIES LL | HARRISON TOWNSHIP MI 48045-0000 | 05/11/16 | $10,000.00 | $35,100.00 |
| CITIZENS FOR STEVE | DIRECT | MICHIGAN VALUES | DEWITT | 08/03/16 | $7,500.00 | $7,500.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| MARINO<br>517481-CAN | | *LEADERSHIP FUND*<br>PO BOX 261 | MI 48820-<br>0000 | | | |
| CITIZENS FOR STEVE MARINO<br>517481-CAN | DIRECT | *CHATFIELD MAJORITY FUND*<br>PO BOX 1013 | EAST LANSING MI 48826-0000 | 12/31/17 | $7,000.00 | $10,000.00 |
| CITIZENS FOR STEVE MARINO<br>517481-CAN | DIRECT | *STEVE MARINO*<br>37884 LAKESHORE DRIVE<br>STATE REPRESENTATIVE-MI<br>HOUSE OF REPRESENTATIVES | HARRISON TOWNSHIP MI 48045-0000 | 12/30/17 | $5,000.00 | $6,751.56 |
| CITIZENS FOR STEVE MARINO<br>517481-CAN | DIRECT | *OPERATING ENGINEERS #324 PAC*<br>500 HULET DR. | BLOOMFIELD TOWNSHIP MI 48302-0000 | 06/25/18 | $5,000.00 | $7,500.00 |
| CITIZENS FOR STEVE MARINO<br>517481-CAN | DIRECT | *MI REG. COUNCIL OF CARPENTERS PAC*<br>400 TOWER RENAISSANCE CENTER STE. 1010 | DETROIT MI 48243-0000 | 05/16/18 | $5,000.00 | $6,000.00 |
| CITIZENS FOR STEVE MARINO<br>517481-CAN | DIRECT | *VERHEULEN LEADERSHIP FUND*<br>4167 IMPERIAL DR NW | WALKER MI 49534-0000 | 08/04/16 | $5,000.00 | $5,000.00 |
| CITIZENS FOR STEVE MARINO<br>517481-CAN | DIRECT | *BUSINESS LEADERS FOR MI PAC*<br>600 RENAISSANCE CENTER SUITE 1760 | DETROIT MI 48243-0000 | 06/30/16 | $5,000.00 | $5,000.00 |
| CITIZENS FOR STEVE MARINO<br>517481-CAN | DIRECT | *STEVEN MARINO*<br>37884 LAKESHORE DRIVE<br>OWNER-CAMPAIGN FINANCE STRATEGIES LL | HARRISON TOWNSHIP MI 48045-0000 | 10/03/16 | $5,000.00 | $75,100.00 |
| CITIZENS FOR STEVE MARINO<br>517481-CAN | DIRECT | *CHATFIELD MAJORITY FUND*<br>PO BOX 1013 | EAST LANSING MI 48826-0000 | 07/13/17 | $3,000.00 | $3,000.00 |
| CITIZENS FOR STEVE MARINO<br>517481-CAN | DIRECT | *GREATER ROCHESTER LEADERSHIP FUND*<br>1142 N. MAIN | ROCHESTER MI 48307-0000 | 10/17/16 | $2,500.00 | $3,750.00 |
| CITIZENS FOR STEVE MARINO<br>517481-CAN | DIRECT | *OPERATING ENGINEERS #324 PAC*<br>500 HULET DR. | BLOOMFIELD TOWNSHIP MI 48302-0000 | 03/05/18 | $2,500.00 | $2,500.00 |

Michigan Campaign Finance Contribution Search Results

| CITIZENS FOR STEVE MARINO 517481-CAN | DIRECT | *MI LABORERS POLITICAL LEAGUE* 1118 CENTENNIAL WAY STE. 100 | LANSING MI 48917- 0000 | 01/25/18 $2,500.00 $2,500.00 |
| CITIZENS FOR STEVE MARINO 517481-CAN | INKIND MEDIA (IN-KIND) | *HOUSE REPUBLICAN CAMPAIGN COMMITTEE* P.O. BOX 15035 | LANSING MI 48901- 0000 | 10/26/16 $2,500.00 $2,500.00 |
| CITIZENS FOR STEVE MARINO 517481-CAN | DIRECT | *MI LABORERS POLITICAL LEAGUE* 1118 CENTENNIAL WAY STE. 100 | LANSING MI 48917- 0000 | 09/13/18 $2,500.00 $6,000.00 |
| CITIZENS FOR STEVE MARINO 517481-CAN | DIRECT | *BRANDENBURG LIBERTY PAC* 37596 HURON POINTE DR | HARRISON TOWNSHIP MI 48045-0000 | 05/16/16 $2,000.00 $2,000.00 |
| CITIZENS FOR STEVE MARINO 517481-CAN | DIRECT | *CHATFIELD MAJORITY FUND* PO BOX 1013 | EAST LANSING MI 48826- 0000 | 08/03/16 $2,000.00 $2,000.00 |
| CITIZENS FOR STEVE MARINO 517481-CAN | DIRECT | *REALTORS PAC OF MI* 720 N. WASHINGTON AVE. | LANSING MI 48901- 0000 | 08/13/18 $1,550.00 $2,000.00 |
| CITIZENS FOR STEVE MARINO 517481-CAN | DIRECT | *CHATFIELD MAJORITY FUND II* PO BOX 1013 | EAST LANSING MI 48826- 0000 | 04/10/18 $1,500.00 $1,500.00 |
| CITIZENS FOR STEVE MARINO 517481-CAN | DIRECT | *MI BEER & WINE WHOLESALERS PAC* 332 TOWNSEND AVE. | LANSING MI 48933- 0000 | 03/23/17 $1,500.00 $3,000.00 |
| CITIZENS FOR STEVE MARINO 517481-CAN | DIRECT | *MI BEER & WINE WHOLESALERS PAC* 332 TOWNSEND AVE. | LANSING MI 48933- 0000 | 12/15/16 $1,500.00 $1,500.00 |
| CITIZENS FOR STEVE MARINO 517481-CAN | DIRECT | *MI BEER & WINE WHOLESALERS PAC* 332 TOWNSEND AVE. | LANSING MI 48933- 0000 | 07/03/18 $1,200.00 $5,600.00 |
| CITIZENS FOR STEVE MARINO 517481-CAN | DIRECT | *SHAMROCK PAC* PO BOX 531392 | LIVONIA MI 48153-0000 | 08/03/16 $1,000.00 $1,000.00 |
| CITIZENS FOR STEVE | DIRECT | *BEN PAC* | LANSING | 12/29/17 $1,000.00 $1,000.00 |

| | | | | | |
|---|---|---|---|---|---|
| MARINO 517481-CAN | | 1731 BLUE GRASS ROAD | MI 48906-0000 | | |
| CITIZENS FOR STEVE MARINO 517481-CAN | DIRECT | MI ASSN. FOR JUSTICE PAC 6639 CENTURION STE. 120 | LANSING MI 48917-0000 | 10/09/18 $1,000.00 $1,600.00 | |
| CITIZENS FOR STEVE MARINO 517481-CAN | DIRECT | JOHN MCINERNEY 280 WARRINGTON RD RETIRED-RETIRED | BLOOMFIELD HILLS MI 48304-0000 | 05/19/16 $1,000.00 $1,000.00 | |
| CITIZENS FOR STEVE MARINO 517481-CAN | DIRECT | TROOPERS PAC 1715 ABBEY ROAD SUITE B | EAST LANSING MI 48043-0000 | 07/29/17 $1,000.00 $1,000.00 | |
| CITIZENS FOR STEVE MARINO 517481-CAN | DIRECT | HEALTH PAC 110 W. MICHIGAN AVE STE. 1200 | LANSING MI 48933-0000 | 10/19/17 $1,000.00 $2,500.00 | |
| CITIZENS FOR STEVE MARINO 517481-CAN | DIRECT | EILEEN WEISER PO BOX 8649 HOMEMAKER-HOMEMAKER | ANN ARBOR MI 48107-0000 | 08/25/16 $1,000.00 $1,000.00 | |
| CITIZENS FOR STEVE MARINO 517481-CAN | DIRECT | MI BEER & WINE WHOLESALERS PAC 332 TOWNSEND AVE. | LANSING MI 48933-0000 | 07/25/16 $1,000.00 $1,000.00 | |
| CITIZENS FOR STEVE MARINO 517481-CAN | DIRECT | MICHIGAN CHAMBER PAC 600 S. WALNUT | LANSING MI 48933-0000 | 03/12/18 $1,000.00 $1,300.00 | |
| CITIZENS FOR STEVE MARINO 517481-CAN | DIRECT | LAND OF OPPORTUNITY FUND PAC 39273 CHART | HARRISON TWP. MI 48045-0000 | 08/18/16 $1,000.00 $1,000.00 | |
| CITIZENS FOR STEVE MARINO 517481-CAN | DIRECT | PETER SECCHIA 220 LYON NW STE 510 RETIRED-RETIRED | GRAND RAPIDS MI 49503-0000 | 07/05/16 $1,000.00 $1,000.00 | |
| CITIZENS FOR STEVE MARINO 517481-CAN | DIRECT | SUZANNE DEVOS 126 OTTAWA AVE NW SUITE 500 HOMEMAKER-HOMEMAKER | GRAND RAPIDS MI 49503-0000 | 06/30/16 $1,000.00 $1,000.00 | |

6/12/2019       Michigan Campaign Finance Contribution Search Results

| | | | | | | |
|---|---|---|---|---|---|---|
| CITIZENS FOR STEVE MARINO 517481-CAN | DIRECT | MARIA DEVOS 126 OTTAWA AVE NW SUITE 500 HOMEMAKER-HOMEMAKER | GRAND RAPIDS MI 49503-0000 | 06/30/16 | $1,000.00 | $1,000.00 |
| CITIZENS FOR STEVE MARINO 517481-CAN | DIRECT | DANIEL DEVOS 126 OTTAWA AVE NW SUITE 500 RETIRED-RETIRED | GRAND RAPIDS MI 49503-0000 | 06/30/16 | $1,000.00 | $1,000.00 |
| CITIZENS FOR STEVE MARINO 517481-CAN | DIRECT | GREATER ROCHESTER LEADERSHIP FUND 1142 N. MAIN | ROCHESTER MI 48307-0000 | 08/04/16 | $1,000.00 | $1,250.00 |
| CITIZENS FOR STEVE MARINO 517481-CAN | DIRECT | RICHARD HAWORTH 6702 KELLY CREEK DR PRESIDENT-HAWORTH INC. | HOLLAND MI 49423-0000 | 06/28/16 | $1,000.00 | $1,000.00 |
| CITIZENS FOR STEVE MARINO 517481-CAN | DIRECT | MICHAEL KOJAIAN 39400 WOODWARD AVE STE 250 RETIRED-RETIRED | BLOOMFIELD HILLS MI 48304-0000 | 06/22/16 | $1,000.00 | $1,000.00 |
| CITIZENS FOR STEVE MARINO 517481-CAN | DIRECT | ELIZABETH DEVOS 126 OTTAWA AVE NW SUITE 500 SELF-EMPLOYED-SELF | GRAND RAPIDS MI 49503-0000 | 07/01/16 | $1,000.00 | $1,000.00 |
| CITIZENS FOR STEVE MARINO 517481-CAN | DIRECT | PAMELA DEVOS 126 OTTAWA AVE NW SUITE 500 EXECUTIVE-SELF | GRAND RAPIDS MI 49503-0000 | 06/30/16 | $1,000.00 | $1,000.00 |
| CITIZENS FOR STEVE MARINO 517481-CAN | DIRECT | RON WEISER 320 N. MAIN ST. STE 200 SUITE 200 RETIRED-SELF | ANN ARBOR MI 48104-0000 | 05/13/16 | $1,000.00 | $1,000.00 |
| CITIZENS FOR STEVE MARINO 517481-CAN | DIRECT | MICHIGAN OSTEOPATHIC PAC FUND 2445 WOODLAKE CIRCLE | OKEMOS MI 48864-0000 | 03/28/16 | $1,000.00 | $1,000.00 |
| CITIZENS FOR STEVE MARINO 517481-CAN | DIRECT | HEALTH PAC 110 W. MICHIGAN AVE STE. 1200 | LANSING MI 48933-0000 | 06/06/17 | $1,000.00 | $1,500.00 |
| CITIZENS FOR STEVE MARINO 517481-CAN | DIRECT | WAYNE WEBBER 49536 GOULETTE POINT DR. | NEW BALTIMORE MI 48047-0000 | 10/10/16 | $1,000.00 | $1,000.00 |

6/12/2019                                          Michigan Campaign Finance Contribution Search Results

OWNER-WEBBER
DISTRIBUTION

| | | | |
|---|---|---|---|
| CITIZENS FOR STEVE MARINO 517481-CAN | DIRECT | MI LABORERS POLITICAL LEAGUE 1118 CENTENNIAL WAY STE. 100 | LANSING MI 48917-0000 | 07/16/18 $1,000.00 $3,500.00 |
| CITIZENS FOR STEVE MARINO 517481-CAN | DIRECT | DOUGLAS DEVOS 126 OTTAWA AVE NW SUITE 500 EXECUTIVE-SELF | GRAND RAPIDS MI 49503-0000 | 06/30/16 $1,000.00 $1,000.00 |
| CITIZENS FOR STEVE MARINO 517481-CAN | DIRECT | MATTHEW HAWORTH 6446 OAKRIDGE DR. CEO-HAWORTH INC. | HOLLAND MI 49423-0000 | 06/29/16 $1,000.00 $1,000.00 |
| CITIZENS FOR STEVE MARINO 517481-CAN | DIRECT | MIKE KOJAIAN 39400 WOODWARD AVE STE 250 RETIRED-RETIRED | BLOOMFIELD HILLS MI 48304-0000 | 06/22/16 $1,000.00 $1,000.00 |
| CITIZENS FOR STEVE MARINO 517481-CAN | DIRECT | BLUE CROSS BLUE SHIELD OF MI PAC 232 S. CAPITOL AVE. MC L10A | LANSING MI 48933-0000 | 03/22/18 $1,000.00 $2,500.00 |
| CITIZENS FOR STEVE MARINO 517481-CAN | DIRECT | MICHIGAN FARM BUREAU PAC PO BOX 30960 | LANSING MI 48909-0000 | 06/10/16 $1,000.00 $1,000.00 |
| CITIZENS FOR STEVE MARINO 517481-CAN | DIRECT | AUTO DEALERS OF MI PAC 209 N. WALNUT ST. SUITE B | LANSING MI 48933-0000 | 06/18/16 $1,000.00 $1,000.00 |
| CITIZENS FOR STEVE MARINO 517481-CAN | DIRECT | MICHIGAN CHAMBER PAC 600 S. WALNUT | LANSING MI 48933-0000 | 06/21/16 $1,000.00 $1,000.00 |
| CITIZENS FOR STEVE MARINO 517481-CAN | DIRECT | DAVID E. CHRISTENSEN 3708 PRATT ROAD ATTORNEY-CHRISTENSEN LAW | ANN ARBOR MI 48103-0000 | 10/31/17 $1,000.00 $1,000.00 |
| CITIZENS FOR STEVE MARINO 517481-CAN | DIRECT | AUTO DEALERS OF MI PAC | LANSING MI 48933-0000 | 09/12/16 $1,000.00 $2,000.00 |

6/12/2019                                   Michigan Campaign Finance Contribution Search Results

209 N. WALNUT ST.
SUITE B

| | | | | | |
|---|---|---|---|---|---|
| CITIZENS FOR STEVE MARINO 517481-CAN | DIRECT | *HELEN DEVOS* 126 OTTAWA AVE NW SUITE 500 HOMEMAKER-HOMEMAKER | GRAND RAPIDS MI 49503-0000 | 06/30/16 | $1,000.00 $1,000.00 |
| CITIZENS FOR STEVE MARINO 517481-CAN | DIRECT | *RICHARD DEVOS* 126 OTTAWA AVE NW SUITE 500 RETIRED-RETIRED | GRAND RAPIDS MI 49503-0000 | 06/30/16 | $1,000.00 $1,000.00 |
| CITIZENS FOR STEVE MARINO 517481-CAN | DIRECT | *RICHARD DEVOS JR*. 126 OTTAWA AVE NW SUITE 500 EXECUTIVE-SELF | GRAND RAPIDS MI 49503-0000 | 07/01/16 | $1,000.00 $1,000.00 |
| CITIZENS FOR STEVE MARINO 517481-CAN | DIRECT | *STEVE MARINO* 37884 LAKESHORE DRIVE STATE REPRESENTATIVE-MI HOUSE OF REPRESENTATIVES | HARRISON TOWNSHIP MI 48045-0000 | 02/08/17 | $1,000.00 $1,322.83 |
| CITIZENS FOR STEVE MARINO 517481-CAN | DIRECT | *REALTORS PAC OF MI* 720 N. WASHINGTON AVE. | LANSING MI 48901-0000 | 06/16/16 | $1,000.00 $1,000.00 |
| CITIZENS FOR STEVE MARINO 517481-CAN | DIRECT | *MICHAEL JANDERNOA* 171 MONROE AVE NW SUITE 410 RETIRED-RETIRED | GRAND RAPIDS MI 49503-0000 | 08/03/16 | $1,000.00 $1,000.00 |
| CITIZENS FOR STEVE MARINO 517481-CAN | DIRECT | *SHAMROCK PAC* PO BOX 531392 | LIVONIA MI 48153-0000 | 08/03/16 | $1,000.00 $2,000.00 |
| CITIZENS FOR STEVE MARINO 517481-CAN | DIRECT | *JOAN WEBBER* 49536 GOULETTE POINT DR. HOMEMAKER-HOMEMAKER | NEW BALTIMORE MI 48047-0000 | 10/10/16 | $1,000.00 $1,000.00 |
| CITIZENS FOR STEVE MARINO 517481-CAN | DIRECT | *DELTA PAC* 4100 OKEMOS ROAD | OKEMOS MI 48864-0000 | 05/26/16 | $750.00 $750.00 |
| CITIZENS FOR STEVE MARINO 517481-CAN | DIRECT | *CHATFIELD MAJORITY FUND* PO BOX 1013 | EAST LANSING MI 48826-0000 | 10/08/16 | $750.00 $2,750.00 |

6/12/2019                                  Michigan Campaign Finance Contribution Search Results

| | | | | |
|---|---|---|---|---|
| CITIZENS FOR STEVE MARINO 517481-CAN | DIRECT | *BLUE CROSS BLUE SHIELD OF MI PAC* 232 S. CAPITOL AVE. MC L10A | LANSING MI 48933-0000 | 06/14/17 $500.00 $1,000.00 |
| CITIZENS FOR STEVE MARINO 517481-CAN | DIRECT | *MI ASSN. FOR JUSTICE PAC* 6639 CENTURION STE. 120 | LANSING MI 48917-0000 | 10/27/17 $500.00 $500.00 |
| CITIZENS FOR STEVE MARINO 517481-CAN | DIRECT | *HEALTH PAC* 110 W. MICHIGAN AVE STE. 1200 | LANSING MI 48933-0000 | 03/16/17 $500.00 $500.00 |
| CITIZENS FOR STEVE MARINO 517481-CAN | DIRECT | *MI REG. COUNCIL OF CARPENTERS PAC* 400 TOWER RENAISSANCE CENTER STE. 1010 | DETROIT MI 48243-0000 | 12/08/17 $500.00 $500.00 |
| CITIZENS FOR STEVE MARINO 517481-CAN | DIRECT | *CHATFIELD MAJORITY FUND* PO BOX 1013 | EAST LANSING MI 48826-0000 | 10/30/16 $500.00 $3,250.00 |
| CITIZENS FOR STEVE MARINO 517481-CAN | DIRECT | *MOVING MICHIGAN FORWARD FUND II* 106 W. ALLEGAN SUITE 200 | LANSING MI 48933-0000 | 07/25/16 $500.00 $500.00 |
| CITIZENS FOR STEVE MARINO 517481-CAN | DIRECT | *HEALTH PAC* 110 W. MICHIGAN AVE STE. 1200 | LANSING MI 48933-0000 | 05/14/18 $500.00 $3,500.00 |
| CITIZENS FOR STEVE MARINO 517481-CAN | DIRECT | *MICHIGAN FARM BUREAU PAC* PO BOX 30960 | LANSING MI 48909-0000 | 06/14/18 $500.00 $500.00 |
| CITIZENS FOR STEVE MARINO 517481-CAN | DIRECT | *AUTO DEALERS OF MI PAC* 209 N. WALNUT ST. SUITE B | LANSING MI 48933-0000 | 06/03/18 $500.00 $1,250.00 |
| CITIZENS FOR STEVE MARINO 517481-CAN | DIRECT | *MI RESTAURANT ASSN PAC* 225 W. WASHTENAW | LANSING MI 48933-0000 | 09/24/18 $500.00 $600.00 |
| CITIZENS FOR STEVE MARINO 517481-CAN | DIRECT | *DELTA PAC* 4100 OKEMOS ROAD | OKEMOS MI 48864-0000 | 05/26/17 $500.00 $750.00 |
| CITIZENS FOR STEVE | DIRECT | *MI BEER & WINE* | LANSING | 06/07/18 $500.00 $4,400.00 |