UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs

LARRY CHARLES INMAN,

    Defendant.

Case No. 1:19-cr-117
Hon. Robert J. Jonker
Hon. Phillip J. Green

_____/

Christopher M. O'Connor (P71846)
Assistant United States Attorney
330 Ionia Ave NW
Grand Rapids, MI 49503-2504
(616) 456-2404
Christopher.oconnor@usdoj.gov

Ronald M. Stella (P45316)
Assistant United States Attorney
330 Ionia Ave NW
Grand Rapids, MI 49503-2504
(616) 456-2404
Ron.stella@usdoj.gov

Christopher K. Cooke (P35034)
NEUMANN LAW GROUP
Attorney for the Defendant
300 East Front Street, Suite 445
Traverse City, MI 49684
(231) 221-0050
chris@neumannlawgroup.com

_____/

### DEFENDANTS LIST OF TRIAL LAY AND EXPERT WITNESSES

1. Walker D. Sharp, government's cell phone data extraction expert.

2. Doug Simon

3. Ashleigh Ackerman

4. Trey Hines

5. Brad McGuire

6. Ross Childs

7. Dan Pero

8. Lee Chatfield

9. Katy Huckle

10. Steve Marino

11. Joe Bellino

12. Gary Howell

13. Lisa Canada

14. Jeremy Ashcroft

15. Any witness to whom any text message that is admitted in evidence was transmitted and received, including:

    a. Jim Kirsch

16. Treating physicians of the defendant, including:
    Dr. Dan Lathrop
    Dr. Russell VanHouzen
    Dr. Silva DeFlavio (Flavio may be asked his expert opinion on Defendant's diagnosis)
    All records of these treaters have been obtained by the Government.

17. Custodian of Munson Medical Records if necessary.

18. Dr. Bruce Baker, expert testimony re: diminished capacity defense
    Dr. Bakers credentials, reports and treatment records have been produced to the Government.

19. Any witness the Government interviewed during their investigation of this matter who has not yet been revealed.

20. Any witness called by the Government to testify at the Grand Jury proceeding who has not yet been revealed.

    No decision has been made at this time as to whether or not the defendant will testify.

November 11, 2019

Respectfully,

Christopher K. Cooke  (P35034)
NEUMANN LAW GROUP