# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

UNITED STATES OF AMERICA,

                Plaintiff,                    No. 1:19-CR-00117

v.                                       Hon. Robert J. Jonker
                                           Chief U.S. District Judge

LARRY CHARLES INMAN,

                Defendant.

_____/

## GOVERNMENT'S PROPOSED VOIR DIRE

The government respectfully requests that the following questions be included in the voir dire of the jury panel, and respectfully requests permission to submit additional or amended voir dire questions as the circumstances warrant:

### THE PARTIES

1.     The defendant in this case is Larry Charles Inman. Does anyone know the defendant?

2.     The defendant is represented by Christopher Cooke of the Neumann Law Group.  Does anyone know Mr. Cook, or anyone who works with him?

3.     The United States is represented by Chris O'Connor and Ron Stella. Does anyone know Mr. O'Connor or Mr. Stella or any other employee of the United States Attorney's Office for the Western District of Michigan?

4.     The federal agency that investigated this case was the Federal Bureau of Investigation (FBI).  Does anyone know anyone who works at the FBI, including Special Agent Jeremy Ashcroft or Senior Forensic Examiner Walker Sharpe?

5.     Has anyone had dealings with the FBI that would in any way affect your ability to decide this case in a fair and impartial manner?

6.     Do you know anyone who works for this federal court?

7.     The government intends to call the following witnesses in this case: [final witness list to be provided at trial].

    a.     Does anyone know any of these individuals, or know anyone who knows them?

8.     Have you ever seen the defendant or his attorney before?

    a.     If so, when and under what circumstances?

9.     Do you know or recognize anyone else here who has been summoned for jury duty?

    a.     If so, who and how do you know them?

<u>BIAS/PREJUDICE</u>

10.     Has anyone heard about the criminal charges pending against the Defendant?

11.     Have you, or any of your relatives or close friends, ever been charged with a criminal offense? If so, who?

    a.     What was the charge?
    b.     What was the outcome?
    c.     Did you have any personal role in that case?
    d.     Do you believe the you / the defendant was treated fairly?
    e.     Was that a positive, neutral, or negative experience?
    f.     Can you put aside your feelings about that case and weigh the evidence fairly and impartially in this case?
    g.     Does this affect your ability to give both sides a fair and impartial trial?

12.     Have any of you ever had an unpleasant experience with the criminal

justice system as a victim, a juror, or a witness?

    a.    If so, what type of experience?
    b.    Did this affect your opinion of the criminal justice system? If so, how?
    c.    Can you put aside your feelings about that experience and weigh the evidence fairly and impartially in this case?
    d.    Does this affect your ability to give both sides a fair and impartial trial?

13.    Do any of you have a negative opinion about the police or law enforcement in general or the criminal justice system as a whole?

    a.    If so, why?
    b.    Can you put aside your feelings and weigh the evidence fairly and impartially in this case?
    c.    Does this affect your ability to give both sides a fair and impartial trial?

14.    Have you or your relatives ever been a party to any legal action or proceeding involving the United States, its officers, agents, or employees?

    a.    If so, what type of experience?
    b.    Was that a positive, neutral, or negative experience?
    c.    Did this affect your opinion of the criminal justice system? If so, how?
    d.    Can you put aside your feelings about that experience and weigh the evidence fairly and impartially in this case?
    e.    Does this affect your ability to give both sides a fair and impartial trial?

15.    Do you or any of your relatives have any disputes with the United States Government or against government officials?

    a.    If so, what kind of claim or dispute?
    b.    Can you put aside your feelings and weigh the evidence fairly and impartially in this case?
    c.    Does this affect your ability to give both sides a fair and impartial trial?

16.    This case involves issues relating to political campaign contributions,

lobbying, and the political process in state government.  With that in mind,

    a.    Are you able to set aside your views on politics, lobbying, and state government and weigh the evidence fairly and impartially in this case?

    b.    Are you able to give both sides a fair and impartial trial without any regard to your personal political views?

17.    If you identify yourself with any political party, for example, as a Republican, Democrat, Libertarian, or other party:

    a.    Are you able to set aside your political identity or affiliation and weigh the evidence fairly and impartially in this case?

    b.    Are you able to give both sides a fair and impartial trial without any regard to your personal political views?

18.    Has anyone ever been a member of a labor union or had a relative or close friend who was a member of a labor union?

    a.    If so, what union / who?

    b.    Is there anything about that experience that might cause you to not be fair and impartial in this case?

    c.    Can you put aside your feelings about that experience and weigh the evidence fairly and impartially in this case?

19.    Has anyone ever had to negotiate a contract or other agreement with a labor union?

    a.    If so, what union?

    b.    Is there anything about that experience that might cause you to not be fair and impartial in this case?

    c.    Can you put aside your feelings about that experience and weigh the evidence fairly and impartially in this case?

20.    Do you have any medical training or experience?

21.    Do you have any training or experience with regard to the use of prescription medication for pain management?

22.    Does anyone have any strong beliefs regarding the prescribing of, or the use of, prescription medication for pain management?

    a.    Is there anything about those beliefs/that experience that might cause you to not be fair and impartial in this case?

    b.    Can you put aside your feelings and weigh the evidence fairly and impartially in this case?

<u>PRIOR JURY SERVICE</u>

23.    Have any of you previously served on a jury? If so:

    a.    Was it for a civil or criminal case?
    b.    Was it in federal or state court?
    c.    How long ago?
    d.    What type of case?
    e.    What was the verdict?
    f.    Can you put aside your feelings about that experience and weigh the evidence fairly and impartially in this case?
    g.    Does that experience affect your ability to give both sides a fair and impartial trial?

24.    Have any of you been called for jury duty before but not selected? If so:

    a.    When, where, and what type of case?
    b.    Do you know the reason you were not selected?
    c.    Do you know which party asked that you be excused?

<u>DUTIES AS JURORS</u>

25.    Do any of you feel you cannot or should not sit in judgment of another person? If so, why?

26.    If the evidence in this case shows beyond a reasonable doubt that the defendant committed the charged crimes, would any of you be unable to find him guilty?  If so, why?

27.    Should the government fail to prove the defendant's guilt beyond a reasonable doubt, would any of you feel that you could not return a verdict of not guilty?

28.    This is a criminal case in which the law may require the Court to sentence a defendant found guilty of a crime to imprisonment.  Do you understand

that if the defendant is convicted, it will be the Court (not the jury) who will determine the sentence, and that you should not consider the possible sentence in determining whether the defendant is guilty or not guilty?

29.     The Court will give you instructions on the law at the end of all the evidence and argument of counsel, and explain the law as it applies to the facts of this case.  Does everyone agree to follow the Court's instructions on the law and apply the law to the facts of this case?  If not, why?

30.     After hearing the Court's instructions, you might personally disagree with them.  Does anyone feel unable or unwilling to follow the Court's instructions on the law by putting your own personal beliefs aside?

31.     Can you accept that the defendant is at this moment presumed innocent of any crime with which he is charged?

32.     Is there anyone who believes that a defendant who takes the stand and testifies must be innocent?

33.     Is there anyone who believes that a defendant who does not take the stand and testify must be guilty?

34.     Does everyone understand that the term "reasonable doubt" does not mean "beyond all doubt," and that the law does not require a person to be proven guilty to a mathematical certainty?

35.     Does anyone have any problem with hearing or eyesight or any other medical problem that would impair your ability to devote your full attention to this trial?

36.     Is there anything else we should know about you that might prevent you from being a fair and impartial juror in this case? If so, what?

<div style="margin-left:40%">

Respectfully submitted,

ANDREW BYERLY BIRGE
United States Attorney

</div>

Dated: November 12, 2019

<div style="margin-left:40%">

*/s/ Christopher M. O'Connor*
CHRISTOPHER M. O'CONNOR
RONALD M. STELLA
Assistant United States Attorneys

United States Attorney's Office
P.O. Box 208
Grand Rapids, Michigan  49501-0208
(616) 456-2404
christopher.oconnor@usdoj.gov
ron.stella@usdoj.gov

</div>