UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,                No. 1:19-CR-117

v.                             Hon. Robert J. Jonker
                                Chief U.S. District Judge

LARRY CHARLES INMAN,

        Defendant.

_____/

## UNITED STATES' MOTION IN LIMINE TO EXCLUDE EXPERT TESTIMONY REGARDING DIMINISHED CAPACITY

The United States of America, by Andrew Byerly Birge, United States Attorney for the Western District of Michigan, and Christopher M. O'Connor and Ronald M. Stella, Assistant United States Attorneys, moves for entry of an order in limine precluding Defendant, Larry Charles Inman, from presenting testimony of an expert witness at trial on the issue of his alleged diminished capacity because the opinions disclosed to date are not relevant to that issue and he has failed to properly comply with Fed. R. Crim. P. 16 regarding his expert disclosure.

The reasons for the United States' motion in limine are further explained in the United States' Memorandum in Support filed contemporaneously with this pleading.

Respectfully submitted,

ANDREW BYERLY BIRGE
United States Attorney

Dated:  October 29, 2019          /s/ Ronald M. Stella
                                  CHRISTOPHER M. O'CONNOR
                                  RONALD M. STELLA
                                  Assistant United States Attorneys
                                  United States Attorney's Office
                                  P.O. Box 208
                                  Grand Rapids, Michigan 49501-0208
                                  (616) 456-2404
                                  christopher.oconnor@usdoj.gov
                                  ron.stella@usdoj.gov