# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF MICHIGAN
## CRIMINAL MINUTE SHEET

| USA v. LARRY CHARLES INMAN | | | DISTRICT JUDGE: Robert J. Jonker |
|---|---|---|---|
| **CASE NUMBER** | **DATE** | **TIME (begin/end)** | **PLACE** | **INTERPRETER** |
| 1:19-cr-117 | 11/12/19 | 2:58 - 4:21 p.m. | Grand Rapids | |

### APPEARANCES

| Government: Chris O'Connor / Ron Stella | Defendant: Christopher Cooke | Counsel Designation: Retained |
|---|---|---|

### TYPE OF HEARING
- ☐ Arraignment:
  - ☐ mute    ☐ nolo contendere
  - ☐ not guilty    ☐ guilty
- ✓ Final Pretrial Conference
- ☐ Detention  (waived ___)
- ☐ Motion Hearing
- ☐ Revocation/SRV/PV
- ☐ Bond Violation
- ☐ Change of Plea
- ☐ Sentencing
- ☐ Trial
- ☐ Other: ___

### DOCUMENTS
- ☐ Defendant's Rights
- ☐ Waiver of Indictment
- ☐ Other: ___

Court to Issue:
- ☐ Order of Detention
- ☐ Notice of Sentencing
- ☐ Order Appointing Counsel
- ✓ Other: Order

### CHANGE OF PLEA
Charging Document:
- ☐ Read    ☐ Reading Waived

Guilty Plea to Count(s) ___ of the ___

Count(s) to be dismissed at sentencing: ___

- ☐ Presentence Report Ordered
- ☐ Presentence Report Waived
- ☐ Plea Accepted by the Court
- ☐ Plea Taken under Advisement
- ☐ No Written Plea Agreement

### SENTENCING

| Imprisonment: ___ | Plea Agreement Accepted: ☐ Yes ☐ No |
|---|---|
| Probation: ___ | Defendant informed of right to appeal: ☐ Yes ☐ No |
| Supervised Release: ___ | Counsel informed of obligation to file appeal: ☐ Yes ☐ No |
| Fine: $ ___ | Conviction Information: |
| Restitution: $ ___ | Date: ___ |
| Special Assessment: $ ___ | By: ___ |
| | As to Count (s): ___ |

**ADDITIONAL INFORMATION:**
Motions in limine (36, 39, 72) granted.

| CUSTODY/RELEASE STATUS | BOND AMOUNT AND TYPE |
|---|---|
| Continued on Bond | $ |

| **CASE TO BE:** | **TYPE OF HEARING:** |
|---|---|
| **Reporter/Recorder:** Glenda Trexler | **Case Manager:** S. Bourque |