UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

LARRY CHARLES INMAN,

    Defendant.
_____/

CASE No. 1:19-CR-117

HON. ROBERT J. JONKER

## ORDER

This matter came up for a Final Pretrial Conference on November 12, 2019. During the Conference, the Court resolved the Government's motions in limine and discussed the trial schedule. Based on all matters of record, and for the reasons the Court stated in detail during the Conference, it is ordered:

1. The Government's Motion in Limine to Admit Summary Charts of Text Message Evidence (ECF No. 36) is **GRANTED.**

2. The Government's Motion in Limine to Admit Text Messages Between Defendant Inman and the IBEW (ECF No. 39) is **GRANTED.**

3. The Government's Motion in Limine to Exclude Expert Testimony Regarding Diminished Capacity (ECF No. 72) is **GRANTED.**

**IT IS SO ORDERED.**

Dated: November 13, 2019
    /s/ Robert J. Jonker
    ROBERT J. JONKER
    CHIEF UNITED STATES DISTRICT JUDGE