UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

LARRY CHARLES INMAN,

    Defendant.

_____/

CASE No. 1:19-CR-117

HON. ROBERT J. JONKER

**ORDER DECLARING MISTRIAL AS TO COUNTS ONE AND TWO AND DIRECTING ENTRY OF ACQUITTAL AS TO COUNT THREE**

On May 14, 2019, a grand jury charged Defendant Inman with Attempted Extortion under Color of Official Right (Count 1); Solicitation of a Bribe (Count 2); and False Statement to the FBI (Count 3). (ECF No. 1). A jury trial on all three counts commenced on December 3, 2019. The jury began deliberations on December 9, 2019 and deliberations continued into the next day. Ultimately the jury reported they were at an impasse on Counts 1 and 2. They had reached a unanimous decision on Count 3.

For the reasons stated in open court from the bench on December 10, 2019, the Court accepted the jury's verdict of "not guilty" with respect to Count 3 under FED. R. CRIM. P. 31(b)(2); declared a mistrial as to Counts 1 and 2 under FED. R. CRIM. P. 31(b)(3) because the jury was not able to reach a unanimous verdict as to those Counts; and discharged the jury.

**ACCORDINGLY, IT IS ORDERED:**

1. A mistrial is **DECLARED** as to Counts 1 and 2 of the Indictment. Defendant's bond is continued as to Counts 1 and 2. The Court will set a schedule for a possible retrial on Counts 1 and 2 by separate Order.

2. In accordance with the jury's December 10, 2019 verdict of "not guilty" with respect to Count 3 of the Indictment, the Court directs the entry of **ACQUITTAL** on Count 3.

3. Any defense motion under Rule 29(c) is due, by operation of rule, not later than **fourteen (14) days** from the date of the jury's discharge on December 10, 2019.

4. Any government response to a defense motion under Rule 29(c) is due no later than **fourteen (14) days** after service of the defense motion.

Dated:   December 12, 2019             /s/ Robert J. Jonker
                                       ROBERT J. JONKER
                                       CHIEF UNITED STATES DISTRICT JUDGE