UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

LARRY CHARLES INMAN,

    Defendant.

_____/

No. 1:19-CR-117

Hon. Robert J. Jonker
Chief U.S. District Judge

## GOVERNMENT'S NOTICE OF APPEAL

Notice is hereby given that the United States of America hereby appeals to the United States Court of Appeals for the Sixth Circuit from this Court's Opinion and Order dismissing Counts 1 and 2 of the Indictment, entered in this action on the 19th of April, 2021.

Respectfully submitted,

ANDREW BYERLY BIRGE
United States Attorney

Dated: May 17, 2021

/s/ *Christopher M. O'Connor*
CHRISTOPHER M. O'CONNOR
RONALD M. STELLA
Assistant United States Attorneys

United States Attorney's Office
P.O. Box 208
Grand Rapids, Michigan 49501-0208
(616) 456-2404
christopher.oconnor@usdoj.gov
ron.stella@usdoj.gov