UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

      Plaintiff,                  Case No. 1:19–cr–117

v.                            Hon. Robert J. Jonker

LARRY CHARLES INMAN,

      Defendant.
_____/

## **NOTICE OF HEARING**

TAKE NOTICE that a hearing has been scheduled as set forth below:

| | |
|---|---|
| Type of hearing(s): | Status Conference |
| Date/Time: | August 18, 2022   04:00 PM |
| Judge: | Robert J. Jonker |
| Place/Location: | 699 Federal Building, Grand Rapids, MI |

                                              ROBERT J. JONKER
                                              United States District Judge

Dated:  July 29, 2022        By:     /s/ Susan Driscoll Bourque
                                                Case Manager