# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF MICHIGAN
## CRIMINAL MINUTE SHEET

**USA v.** LARRY CHARLES INMAN

**DISTRICT JUDGE:** Robert J. Jonker

| CASE NUMBER | DATE | TIME (begin/end) | PLACE | INTERPRETER |
|---|---|---|---|---|
| 1:19-cr-117 | 8/18/22 | 3:58 - 4:21 p.m. | Grand Rapids | |

### APPEARANCES

Government: Christopher O'Connor / Ronald Stella

Defendant: Christopher Cooke

Counsel Designation: Retained

### TYPE OF HEARING
- [ ] Arraignment:
  - [ ] mute  [ ] nolo contendere
  - [ ] not guilty  [ ] guilty
- [ ] Final Pretrial Conference
- [ ] Detention  (waived __)
- [ ] Motion Hearing
- [ ] Revocation/SRV/PV
- [ ] Bond Violation
- [ ] Change of Plea
- [ ] Sentencing
- [ ] Trial
- [✓] Other: Status Conference

### DOCUMENTS
- [ ] Defendant's Rights
- [ ] Waiver of Indictment
- [ ] Other: _____

Court to Issue:
- [ ] Order of Detention
- [ ] Notice of Sentencing
- [ ] Order Appointing Counsel
- [✓] Other: Order

### CHANGE OF PLEA
Charging Document:
- [ ] Read  [ ] Reading Waived

Guilty Plea to Count(s) _____ of the _____

Count(s) to be dismissed at sentencing: _____

- [ ] Presentence Report Ordered
- [ ] Presentence Report Waived
- [ ] Plea Accepted by the Court
- [ ] Plea Taken under Advisement
- [ ] No Written Plea Agreement

### SENTENCING

Imprisonment: _____
Probation: _____
Supervised Release: _____
Fine: $ _____
Restitution: $ _____
Special Assessment: $ _____

Plea Agreement Accepted: __Yes __No
Defendant informed of right to appeal: __Yes __No
Counsel informed of obligation to file appeal: __Yes __No

Conviction Information:
Date: _____
By: _____
As to Count (s): _____

**ADDITIONAL INFORMATION:**

| CUSTODY/RELEASE STATUS | BOND AMOUNT AND TYPE |
|---|---|
| | $ |

**CASE TO BE:**

**TYPE OF HEARING:**

**Reporter/Recorder:** Paul Brandell

**Case Manager:** S. Bourque