UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

                              CASE NO. 1:19-cr-117

v.

                              HON. ROBERT J. JONKER

LARRY CHARLES INMAN,

        Defendant.

_____/

## **ORDER**

The parties were before the Court on today's date for a status conference following a remand from the Sixth Circuit Court of Appeals. Defense counsel stated on the record that defendant may need to request court-appointed counsel due to his current financial situation.

The appointment of new counsel would presumably necessitate the setting of a trial date outside the Speedy Trial timeframe. Defendant acknowledged on the record that he understood this, and would waive any Speedy Trial issues. Accordingly,

Defense counsel shall have **three (3) weeks** from the date of this Order to file a motion to withdraw his appearance should it be necessary. If granted, the Court anticipates scheduling an additional status conference with new counsel to discuss the setting of a trial date.


Dated:    August 18, 2022          /s/ Robert J. Jonker_____
                                         ROBERT J. JONKER
                                         UNITED STATES DISTRICT JUDGE