UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

LARRY CHARLES INMAN,

    Defendant.

_____/

Hon. Robert J. Jonker

Case No. 1:19-cr-00117

This matter is before the Court on defense counsel's motion to be specially appointed to the CJA Panel (ECF No. 151). The Court held a hearing on today's date. Having considered the parties' oral and written submissions, and for the reasons stated on the record, the motion is **DENIED**.

**IT IS ORDERED** that Mr. Cooke is discharged from his duties in representing defendant, with the Court's thanks.

**IT IS FURTHER ORDERED** that the Federal Public Defender appoint replacement counsel in this case.

Date October 7, 2022

    /s/ Phillip J. Green
    PHILLIP J. GREEN
    United States Magistrate Judge