UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,                            Case No. 1:19–cr–117

v.                                   Hon. Robert J. Jonker

LARRY CHARLES INMAN,

        Defendant.
_____/

## NOTICE OF HEARING

TAKE NOTICE that a hearing has been scheduled as set forth below:

Type of hearing(s):   Status Conference
Date/Time:             October 19, 2022   11:00 AM
Magistrate Judge:   Phillip J. Green
Place/Location:       499 Federal Building, Grand Rapids, MI

                                                      PHILLIP J. GREEN
                                                      U.S. Magistrate Judge

Dated:  October 13, 2022       By:   /s/ Angie L. Doezema
                                               Courtroom Deputy