UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

———————————

UNITED STATES OF AMERICA,

       Plaintiff,                        Case no. 1:19-cr-117

v.                                              Hon. Robert J. Jonker
                                                 United States District Judge

LARRY CHARLES INMAN,

       Defendant.
_____/

**JOINT MOTION TO SET AND RESET SCHEDULED DEADLINES**

    The defendant, Mr. Larry Inman, through his attorney, Parker Douglas, of the Office of the Federal Public Defender, along with counsel for the government, Assistant United States Attorney Chris O'Connor hereby move this Honorable Court to set deadlines for expert disclosures pursuant to Rule 16 of the Federal Rules of Criminal Procedure, and amend its order on all motions to allow for any *Daubert* motions to be filed after the current date for all motions set by the Court.  In support of this Motion, the parties state as follows:

    1.    The Court's October 25, 2022 order set deadlines for: all motions at February 13, 2023; a final pretrial conference on April 14, 2023; and the jury trial on April 25, 2023.  (ECF No. 165; PageID.2230.)

    2.    The parties have been working diligently preparing this case for trial but require additional time for expert disclosures and request that the Court set

February 17, 2023 as the deadline for Rule 16 case-in-chief expert witness disclosures.

    3.    Because of the requested timing on expert disclosures, the parties ask the Court to set March 3, 2023 as the date for any motions challenging the admissibility of such expert testimony under Rule 702 of the Federal Rules of Evidence and *Daubert v. Merrill Dow Pharmaceuticals*, 509 U.S. 579 (1993).

    4.    The parties ask that the Court set March 15, 2023 as the date for any rebuttal expert witness disclosures.

    5.    The parties do not seek any other amendments to the Court's scheduling order.

WHEREFORE, the parties respectfully request that this Honorable Court grant this request and set February 17, 2023 as the date for case-in-chief expert witness disclosures, March 3, 2023 as the date for any motions challenging the admissibility of expert testimony under Rule 702 and *Daubert*, and March 15, 2023 as the date for any rebuttal expert witness disclosures.

Respectfully submitted,

SHARON A. TUREK
Federal Public Defender

Dated:  January 24, 2023           /s/ Parker Douglas
                                   PARKER DOUGLAS
                                   Assistant Federal Public Defender
                                   50 Louis, NW, Suite 300
                                   Grand Rapids, Michigan 49503
                                   (616) 742-7420


MARK A. TOTTEN
United States Attorney

Dated:  January 24, 2023           /s/ Christopher O'Connor (*w/permission*)
                                   CHRISTOPHER O'CONNOR
                                   Assistant United States Attorney
                                   P.O. Box 208
                                   Grand Rapids, Michigan 49501
                                   (616) 456-2404