UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

       Plaintiff,                    Case No. 1:19–cr–117

    v.                               Hon. Robert J. Jonker

LARRY CHARLES INMAN,

       Defendant.
_____/

## NOTICE OF HEARING

TAKE NOTICE that a hearing on the following motion(s) has been scheduled as set forth below:

| | |
|---|---|
| Motion(s): | Motion in Limine (ECF No. 173)<br>Motion in Limine (ECF No. 175)<br>Motion to Dismiss (ECF No. 177) |
| Date/Time: | April 14, 2023   02:00 PM |
| Judge: | Robert J. Jonker |
| Place/Location: | 699 Federal Building, Grand Rapids, MI |

                                                  ROBERT J. JONKER
                                                  United States District Judge

Dated:  March 1, 2023        By:   /s/ Susan Driscoll Bourque
                                                         Case Manager