UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

LARRY CHARLES INMAN,

    Defendant.

_____/

No. 1:19-CR-117-RJJ

Hon. Robert J. Jonker
U.S. District Judge

## GOVERNMENT'S RESPONSE TO COURT'S ORDER CONCERNING RESTRICTIVE ACCESS FILING

On March 3, 2023, the government filed its Motion to Exclude Defendant's Proposed Expert Testimony, referencing the proposed expert opinion dealing with Defendant's diminished capacity due to substance abuse. (R.188.)  Due to the opinion's reference to Defendant's medical history, the government raised the issue with the defense concerning its public filing and noted this in the filing.  (*Id.* at n. 1.)  The Court graciously allowed the parties to be heard on the issue, ordering a response by March 14, 2023.  (R.190.)  Defendant responded that, upon review, the exhibit need not be sealed.  (R. 192.)  With the Court's leave, the government will

file the exhibit on the record.

                                  Respectfully submitted,

                                  MARK A. TOTTEN
                                  United States Attorney

Dated:  March 14, 2023                 /s/Stephen P. Baker
                                  CHRISTOPHER M. O'CONNOR
                                  STEPHEN P. BAKER
                                  Assistant United States Attorneys
                                  United States Attorney's Office
                                  P.O. Box 208
                                  Grand Rapids, Michigan 49501-0208
                                  (616) 456-2404
                                  christopher.oconnor@usdoj.gov
                                  stephen.baker@usdoj.gov