UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,                             Case No. 1:19–cr–117

v.                                    Hon. Robert J. Jonker

LARRY CHARLES INMAN,

    Defendant.
_____/

## NOTICE OF HEARING CANCELLATION

      The final pretrial conference and jury trial set in this matter for **April 14, 2023 and April 25, 2023** is hereby **adjourned without date pending further order of the court.** The motion hearing will remain as scheduled on April 14, 2023 at 2:00 p.m. The final pretrial and trial dates shall be rescheduled upon resolution of the pending motions.

                                            ROBERT J. JONKER
                                            United States District Judge

Dated:  March 31, 2023       By:    /s/ Susan Driscoll Bourque
                                                   Case Manager