UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

UNITED STATES OF AMERICA,

    Plaintiff,

v.

LARRY CHARLES INMAN,

    Defendant.

_____/

Case No. 1:19-cr-117

Hon. Robert J. Jonker
United States District Judge

## ORDER

This matter is before the Court on the Defendant's Ex Parte Motion.  The Court being fully advised in the premises:

**IT IS HEREBY ORDERED** that the Defendant's Ex Parte Motion is **granted.**

Dated: April 3, 2023

    /s/ Robert J. Jonker
Hon. Robert J. Jonker
United States District Court Judge