UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:19-cr-117 |
| Plaintiff, | |
| v. | Hon. Robert J. Jonker |
| | United States District Judge |
| LARRY CHARLES INMAN, | |
| Defendant. | |
| _____/ | |

## ORDER

This matter is before the Court on the Defendant's Ex Parte Motion. The Court being fully advised in the premises:

**IT IS HEREBY ORDERED** that the Defendant's Ex Parte Motion is **granted.**

Dated:  April 3, 2023        /s/ Robert J. Jonker
                            _____
                            Hon. Robert J. Jonker
                            United States District Court Judge