UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

       Plaintiff,                        Case No. 1:19–cr–00117–RJJ

v.                                    Hon. Robert J. Jonker

LARRY CHARLES INMAN,

       Defendant.
_____/

## NOTICE OF HEARING

TAKE NOTICE that a hearing has been **rescheduled** as set forth below:

| | |
|---|---|
| Type of hearing(s): | Pretrial Conference |
| Date/Time: | October 16, 2023   04:00 PM *(previously set for 03:00 PM on 10/16/23)* |
| Judge: | Robert J. Jonker |
| Place/Location: | 699 Federal Building, Grand Rapids, MI |

                                              ROBERT J. JONKER
                                              United States District Judge

Dated:  October 12, 2023       By:   /s/ Susan Driscoll Bourque
                                                Case Manager