UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

## MINUTES

| | | | |
|---|---|---|---|
| UNITED STATES OF AMERICA, | ) | | |
| Plaintiff, | ) | CASE No: | 1:19-cr-117 |
| | ) | DATE: | October 16, 2023 |
| v. | ) | TIME: | 3:50 p.m. – 4:30 p.m. |
| | ) | PLACE: | Grand Rapids |
| LARRY CHARLES INMAN, | ) | JUDGE: | Robert J. Jonker |
| Defendant. | ) | | |

## APPEARANCES

PLAINTIFF:   Christopher M. O'Connor
             Stephen P. Baker

DEFENDANT:   Parker Douglas
             James Stevenson Fisher

## WITNESSES

PLAINTIFF:   N/A

DEFENDANT:   N/A

## PROCEEDINGS

NATURE OF HEARING:

Final Pretrial Conference.

COURT REPORTER:   Paul Brandell           /s/ James Schmidt
                                              Law Clerk