UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                File No: 1:19-cr-117

                                          HON. ROBERT J. JONKER

LARRY CHARLES INMAN,

    Defendant.
_____/

## ORDER SETTING TRIAL DATE

The parties were before the Court for a final pretrial conference on October 16, 2023. One of the items discussed was when the parties would be ready for trial. The Court proposed two dates–one in November and one in January. Both parties agreed that in order to be adequately prepared for trial and to have witnesses available, the trial should be held in January.

The Court finds that the ends of justice served by the granting of a continuance outweighs the best interest of the public and the defendant in a speedy trial.

NOW THEREFORE, pursuant to 18 U.S.C. §3161(h)(7)(B)(iv), an ends of justice continuance is hereby entered. Jury trial is scheduled for **Monday, January 8, 2024 at 8:30 a.m.**

Dated: October 19, 2023                  /s/ Robert J. Jonker
                                              ROBERT J. JONKER
                                              UNITED STATES DISTRICT JUDGE