UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

LARRY CHARLES INMAN,

    Defendant.
_____/

CASE NO. 1:19-CR-117

HON. ROBERT J. JONKER

## VERDICT FORM

We, the members of the jury, unanimously find as follows:

As to Count 1 of the Indictment, charging defendant with Attempted Extortion Under Color of Official Right, we unanimously find the defendant:

    ☒ Not Guilty      ☐ Guilty

As to Count 2 of the Indictment, charging defendant with Solicitation of a Bribe. we unanimously find the defendant:

    ☒ Not Guilty      ☐ Guilty

DATED: 01/11/2024

_____
JURY FOREPERSON

2:25 pm
1/11/24

We have Reached
A verdict!!

*[signature]*

LLOYD BEHNKE

